DEFENDANT: MIMI M. VIGIL

DOB: 1951

ADDRESS:
Colorado Springs, CO 80916

COMPLAINT FILED?       ___ YES   X  NO

| | | |
|---|---|---|
| OFFENSE: | **Count 1:** | 18 U.S.C. § 286 – Conspiracy to File False Claims for Refund |
| | **Count 12:** | 18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID) |
| | **Count 14:** | 18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws |
| | **Count 17:** | 26 U.S.C. § 7212(a) and 18 U.S.C. § 2 – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws and Aiding and Abetting |
| LOCATION OF OFFENSE: | | El Paso County, Colorado |
| PENALTY: | **Count 1:** | NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Count 12:** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Count 14:** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Count 17:** | NMT 3 years imprisonment; NMT $5,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment |
| AGENT: | | Special Agent Adam Rutkowski, IRS CI<br>Special Agent Klaton Knabb, TIGTA |

AUTHORIZED BY:  Matthew T. Kirsch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
\_\_\_\_ five days or less
__X__ over five days
\_\_\_\_ other

THE GOVERNMENT
\_\_\_\_ will seek detention in this case
__X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   \_\_\_\_ Yes   __X__ No