PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| TO: | United States Department of State<br>Office of Passport Services<br>Legal Affairs Division<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, DC 20037 | FROM: | United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO 80294 |
|---|---|---|---|

[✓] **Original Notice**
Date: 10/07/2013
By: Joanna Fox

[ ] **Notice of Disposition**
Date: _____
By: _____

Defendant: Clara Mae Mueller
Date of Birth: 02/09/1950
SSN: _____

Case Number: 13-cr-00392-CMA
Place of Birth: Indiana, USA

**Notice of Court Order** (Order Date: _____ )

[ ] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number  491810299  and/or passport card number _____ to the custody of the U.S. District Court on  10/07/2013 .

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court