IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-cr-00392-CMA

United States of America,

       Plaintiff,

v.

1.   George Thomas Brokaw,
2.   John J. Pawelski,
3.   Mimi M. Vigil, and
4.   Clara M. Mueller,

       Defendants.

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, and through Martha A. Paluch, Assistant United States Attorney, hereby enters her appearance on behalf of the United States.  All future notices and hearing dates should be directed to Assistant U.S. Attorney Martha A. Paluch.

Dated this __8th__ day of September, 2013.

Respectfully submitted,

JOHN F. WALSH,
United States Attorney

By: *s/Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: martha.paluch@usdj.gov
Attorney for the Government

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __8th__ day of September, 2013, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Eric K. Klein, Esq.
*Attorney for George Thomas Brokaw*
E-mail:  eklein@jbk-law.com

Richard N. Stuckey, Esq.
*Attorney for John J. Pawelski*
E-mail:  dick@richardstuckeylaw.com

John S. Tatum, Esq.
*Attorney for Mimi M. Vigil*
E-mail:  john@johntatumlaw.com

Miller M. Leonard, Esq.
*Attorney for Clara M. Mueller*
E-mail:  miller@themillerleonardlawfirm.com


　　　　　　　　　　　　　　　　　　　　 *s/Barbara Gardalen*
　　　　　　　　　　　　　　　　　　　　BARBARA GARDALEN
　　　　　　　　　　　　　　　　　　　　Legal Assistant
　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　　1225 Seventeenth Street, Suite 700
　　　　　　　　　　　　　　　　　　　　Denver, Colorado 80202
　　　　　　　　　　　　　　　　　　　　Telephone: (303) 454-0100
　　　　　　　　　　　　　　　　　　　　Fax:   (303) 454-0403
　　　　　　　　　　　　　　　　　　　　barbara.gardalen@usdoj.gov