IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00392-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1.    GEORGE THOMAS BROKAW,
    2.    JOHN J. PAWELSKI,
    3.    MIMI M. VIGIL, and
    4.    CLARA M. MUELLER,

      Defendants.

---

**GOVERNMENT'S MOTION TO DISCLOSE COPIES OF GRAND JURY MATERIALS UNDER SPECIFIED CONDITIONS TO THE ATTORNEYS FOR THE DEFENDANTS PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i)**

---

      The United States of America (the government) moves this Court for an Order allowing the government to disclose copies of the transcripts of testimony given by a witness before the grand jury, and accompanying exhibits, to the attorneys for the defendants under the conditions specified below.   As grounds for this motion, the government says:

      1.    During the course of the investigation which resulted in the indictment in this case, a witness testified on two occasions before the grand jury which returned the indictment.   Defense counsel has requested, and the government is willing to provide, copies of the transcript of this testimony and related exhibits as part of the discovery in this case.

2. Disclosure of grand jury material may be authorized pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, which provides that, "The court may authorize disclosure–at a time, in a manner, and subject to any other conditions that it directs–of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding . . . ."

3. This case is a "judicial proceeding" and the requested disclosure is "in connection with" the proceeding.

4. The government's understanding is that the usual practice of defense counsel in this district is not to provide defendants with copies of grand jury materials, but instead to orally review the contents of such materials with them.   As the government understands it, this practice flows from the concern, shared by the government and based on past events in the district, that grand jury materials might otherwise be improperly distributed by defendants.  ***See United States v. Jimenez***, 928 F.2d 356, 359-61 (10th Cir. 1991).

5. Because of the nature of the materials sought to be disclosed, the timing of the contemplated disclosure, and the possibility of loss or dissemination of copies of the grand jury materials, the government would request that the Court further order that:

    a. Defense counsel make only such copies as are necessary to prepare a defense of the criminal case;

    b. Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of any Order allowing disclosure

with the materials;

c.     Defense counsel provide the defendants with reasonable access to the grand jury materials, but that defense counsel not allow the defendants to retain copies of any grand jury materials;

d.     No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

e.     At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

THEREFORE, the government requests that the Court enter an Order pursuant to Rule 6(e)(3)(E)(i) allowing disclosure of a copy of the transcripts of testimony given by the witness before the grand jury, and accompanying exhibits, to the attorneys for the defendants on the conditions described above.

Respectfully submitted this 10th day of October, 2013,

JOHN F. WALSH
United States Attorney


s/ Matthew T. Kirsch
MATTHEW T. KIRSCH
MARTHA A. PALUCH
Assistant U.S. Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: matthew.kirsch@usdoj.gov
          martha.paluch@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2013, I electronically filed the foregoing GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIALS UNDER SPECIFIED CONDITIONS TO THE ATTORNEYS FOR DEFENDANTS PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Eric K. Klein, Esq.
eklein@jbk-law.com
Attorney for George Thomas Brokaw

Richard N. Stuckey, Esq.
dick@richardstuckeylaw.com
Attorney for John J. Pawelski

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

                                                                                                        s/ Deborah Sisung
                                                                                                        Deborah Sisung
                                                                                                        Legal Assistant
                                                                                                        United States Attorney's Office
                                                                                                        1225 17th Street, Suite 700
                                                                                                         Denver, CO 80202
                                                                                                         303 454-0100
                                                                                                         Fax: 303 454-0402
                                                                                                         Deborah.Sisung@usdoj.gov