IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,
Plaintiff,
v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. **Clara M. Mueller,**

Defendant(s).

---

DEFENDANT'S MOTION TO SEVER AND MEMORANDUM IN SUPPORT

---

Defendant, Clara Mueller, by and through counsel, Respectfully moves pursuant to Rule 12(b) and Rule 14 of the Federal Rules of Criminal Procedure for a severance of her trial from Co-Defendants George Thomas Brokaw and John J. Pawelski. In support of this request, Ms. Mueller states as follows:

1. Ms. Mueller is charged in a multi count Indictment with offenses sounding in the nature of filing false claims for tax refunds, obstructing the Internal Revenue Service and with conspiracies to commit said offenses. See, *Superseding Indictment*, Counts 1, 13, 14 & 18 (Doc. #53, filed 10/21/13).

1

2. From review of the Indictment and the discovery provided to date, it appears that the evidence regarding Defendant Mueller's involvement in this case is substantially less than that of Mr. Brokaw or Mr. Pawelski. Further, it is apparent that Ms. Mueller's defense is drastically antagonistic to the defenses of Mr. Brokaw and Mr. Pawelski. Accordingly, Defendant Muller will be significantly prejudiced if she is required to stand trial with these named defendants. Ms. Mueller is not seeking a separate trial from Co-Defendant Mimi Vigil as the issues raised herein are not applicable to Ms. Vigil.

**FACTUAL CIRCUMSTANCES WARRANTING SEVERANCE OF MS. MUELLER FROM DEFENDANTS BROKAW AND PAWELSKI**

3. The Government has alleged that Ms. Mueller was involved with Co-Defendants Brokaw, Pawelski and Vigil in two separate but related conspiracies. Both conspiracies deal with Ms. Mueller's involvement with efforts to avoid payment of Federal income taxes.

4. One alleged conspiracy (Count 1, Superseding Indictment, Doc. #53) involves a scheme to obtain tax refunds by the filing of documents known as 1099OID's with the Internal Revenue Service (IRS) claiming exorbitant dollar figures are owed in refunds to taxpayers who are somehow entitled to get money back from the Government for loans the taxpayer previously had taken out for the purchase of real estate, car purchases, and other consumer credit accounts. According to the Superseding Indictment (Doc. #53, ¶ 6 – 7), Ms. Mueller filed a claim for refund in the amount of $382,520.00 for tax year 2005, with the filing occurring in 2009. According to discovery provided to date,

Ms. Mueller 2005 reported taxable income was less than $20,000.00 per year.  When a taxpayer reports a very modest income, one might wonder (as the IRS apparently did), "How in the world could the taxpayer seek a refund of over $300,000.00?"   Defense counsel has spent a number of hours over the past several months trying to figure that out – the answer is that Ms. Mueller was misled into believing that her actions were lawful.  Ms. Mueller was misled by Curtis Morris, her tax preparer and/or accountant, as well as by Mr. Brokaw and Mr. Pawelski.  These three gentlemen are all purveyors of various "political" ideas, including, of course, ideas related to the filing of OID tax returns.

     5. If the *Superseding Indictment* and discovery provided to date are any indication, Co-defendants Brokaw and Pawelski are experts on the subject of OID tax returns.  According to the Government's allegations, between 2004 and 2007, Mr. Pawelski made 1099OID claims for refunds totaling over twenty million dollars (Doc. #53, ¶ 6 – 7).  Although Mr. Brokaw is alleged to have claimed only about $355,000.00 in refunds between 2003 and 2008, according to evidence provided in discovery, he has solicited his Trust Clients to involve themselves in the 1099OID refund process and similar schemes.  See, for example, Exhibit A, *MOI of Kevin Tebedo*, dtd. 11-22-11, Bates #00002564.  Mr. Brokaw and Mr. Pawelski were also involved in instructing a Government undercover agent and others in how to somehow separate themselves from jurisdiction of the IRS and other governmental agencies.

     6. Mr. Pawelski has also seen fit to provide the Court with something of a "treatise" on the topic of 1099OID theory by way of his *DEFENDANT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE BASED ON SUPPORTING*

3

*MEMORANDUM OF LAW RELATED TO l0990IDS (ORIGINAL ISSUE DISCOUNTS)*, Doc. #103, filed 2/26/14.  According to Mr. Pawelski, any citizen can claim a refund on his/her taxes because when we are born our birth certificate becomes some kind of registered security representing our life-long labor in admiralty/maritime law (¶ 15), thus creating some kind of trust agreement with the Attorney General (¶ 16), which in turn creates some kind of accounts/bonds the account numbers of which are recorded on the reverse of our Social Security Card (¶ 18), which we may somehow redeem using the 1099OID process (¶ 22 and elsewhere) to obtain refunds due to us later on in life.  Somehow this process also interrelates to the Federal Reserve banking system such that (according to Mr. Pawelski):

> 39. For example, when a party of The Source seeks the assistance of a Federal Reserve chartered Bank for a "loan" what is really happening is the applicant is seeking a draw/draft from his own fungible trust funds to use to acquire a product/service.
>
> 40. The method of redemption of The Source's future interest is the filing of IRS Form 10990ID. This shows what was expended by The Source that is being redeemed.

7. All of this is, of course, cast in the setting of a Federal Government which is devoid of the power to tax all but a select few federal employees and folks unfortunate enough to reside in federal territories, a taxing scheme administered by a fraudulent IRS which is in reality a Puerto Rican Corporation, and a judiciary so inept that only one wise Utah Supreme Court Justice has been able to divine that the Civil War is not over and *Amendment 14, Constitution of the United States* is invalid and void.  See, *Dyett v. Turner*, 439 P2d 266 (1968).  The net result appears to be (according to Defendants

4

Brokaw and Pawelski) that the 1099OID processes they advance are perfectly legal and the Government is perniciously prosecuting these poor gentlemen.[1]

8. This is not to say that Defendants Brokaw and Pawelski are the only experts on the topic of 1099OID submissions. In fact, the evidence in this case will show that an "accountant" by the name of Curtis Morris was instrumental in the current plight of Ms. Mueller regarding the 1099OID. It was Mr. Morris who advised Ms. Mueller and who prepared the tax return which forms the basis for Counts 1 and 13 of the *Superseding Indictment*. Upon information and belief, Curtis Morris is the un-indicted co-conspirator identified as "C.M." in at least Paragraphs 8 and 9 of the *Superseding Indictment*. While not specified in the *Superseding Indictment*, the evidence will show that in addition to providing tax advice and preparing tax returns, Curtis Morris actually conducted seminars on the propriety of filing 1099OID claims for refunds and that Ms. Vigil was a participant in those educational seminars. See, for example, Exhibit B, E-mail correspondence from Curtis Morris to seminar participants dated November 25, 2008. We do know for certain that Curtis Morris was convicted of criminal tax charges in the case known as, *United States v. Morris*, et. al., Case No. 10-cr-00317-REB, before the Honorable Robert Blackburn, and he is now serving a lengthy sentence in the Bureau of Prisons for having misled numerous clients into filing fraudulent tax

---

[1] See, for example, Defendant Brokaw's *Wish For Declaratory Judgment* (Doc. #94), filed 2/18/14, at p. 4 of 15: "These court officers, being public officials and having fiduciary duties to the trust, have willfully and fraudulently come before this court to mislead this court to believe that the party in question is lost or is deceased while the living soul of the living man or woman has now received injuries and is entitled to damages when both of these court officers failed to notify the judge that the real party of interest is alive and stands before this court as a living man." Undersigned counsel for Ms. Mueller has no idea what Mr. Brokaw is asserting here, but doubts it is a cognizable legal theory. Undersigned counsel rejects assertions of fraudulent conduct on the part of Government Counsel in this case.

returns - a significant component of which included the 1099OID process. Indicative of Mr. Morris' belief in what he was selling (the validity of the OID filings), in addition to his sentence for having been found guilty of criminal violations, he was also held in contempt by the Court.

9. Moving to the second alleged conspiracy (*Superseding Indictment*, Doc. 53, Count 14), the Defendants are charged with conspiring to corruptly endeavor to obstruct and impede the due administration of the Internal Revenue laws by attempting to thwart the legitimate collection of taxes owed to the IRS by them and others and to reduce their tax liability and the tax liability of others to the IRS, all in violation of Title 26, United States Code, Section 7212(a). The Government more specifically alleges the defendants "submitted and caused to be filed or submitted to the IRS a variety of false, fraudulent, or illegitimate documents which purported to constitute payments of taxes owed to the IRS. These documents included 'Private Registered Bonds for Setoff,' 'Private Registered Indemnity Bonds,' 'Registered Private Offset and Discharge Bonds,' and Registered Bonded Promissory Notes.' The defendants also used other similar documents for this purpose, including IRS documents on which they added handwritten text such as 'money order' or 'accepted for value,' as well as purported electronic funds transfer (EFT) instruments drawn on closed bank accounts." *Superseding Indictment*, p. 9, ¶ 21.

10. The extent of Mr. Browkaw , Mr. Pawelski, as well as Mr. Morris' deception is exemplified by the document, explained below, given to Ms. Vigil. Either through Mr. Morris, Mr. Pawelski, Mr. Brokaw or in combination with their associates, in approximately November or December, 2008 (or a few weeks before she filed the

suspect tax return), Ms. Vigil was provided a copy of a document titled:  *A " RELATIVELY" BRIEF HISTORY OF HOW ORIGINAL ISSUE DISCOUNT (OID) CAME TO BE AND WHY IT MUST RETURN TO THE SOURCE (Y. O.U.)*, dtd. 10/25/08.  This document, copy attached as Exhibit C, lays out in official and authoritative sounding language, why the 1099OID process is apparently legitimate.  Ms. Vigil, as many others before and after her, was sucked into believing in this nonsense and as a result finds herself charged with serious tax charges.   This document is important because it demonstrates the extent to which Mr. Brokaw, Mr. Pawelski and Mr. Morris went to make the "legal" schemes they were advancing seem authentic.   Further, this document illustrates that the scheme being spread by Mr. Brokaw, Mr. Pawelski and Mr. Morris was sophisticated enough to acquire and distribute seemingly legitimate "proof" as to the authenticity of their scheme.

11. Ms. Mueller's activity, it appears, as related to Count 14, is that she notarized documents for individuals, and she put document into certified mail for individuals.  Ms. Mueller is also accused of submitting an ETF instrument to the IRS drawn on a closed account.  See *Superseding Indictment,* p. 13, ¶ 38.  Aside from the fact that Ms. Mueller is not a member of any conspiracy, and that the government cannot show that Ms. Mueller acted interdependently with Mr. Brokaw and Mr. Pawelski, her action of filing an ETF on a closed account requires explanation.[2]

12. The explanation as to why Ms. Mueller would file an ETF on a closed account, and for that matter, notarize and mail the alleged documents can be found

---

[2] Ms. Mueller does not admit that she knew the contents of the documents she either mailed or notarized.  She did not hide that she mailed the documents.  She did not hide that she notarized documents.

7

within the confines of this prosecution. Co-defendants Brokaw and Pawelski, accountant Curtis Morris and the "real" government of the United States – a.k.a. the Republic Of The United States are the individuals and purveyors of the schemes found in the Superseding Indictment. Upon information and belief, and based upon information provided in discovery to date, Mr. Pawelski is or was the Colorado Representative of the Republic Of The United States (see, Exhibit D, Pawelski E-mail to Vigil, et. al., dtd. 10/27/10). It further appears that Mr. Pawelski is or was a "Colorado Republic" Senator and Mr. Brokaw is or was a "Colorado Republic" Representative (see, Exhibit E, listing of Colorado Republic Officers). In addition to spreading propaganda about the fraudulent nature of the illegitimate federal government, these agents of the so-called "Republic" held educational seminars and spread disinformation in the form of instructional materials explaining step by step how to file the offset bonds which, and which in essence deem the entire banking system to be a fraud. See, Exhibit F, Excerpts & Section 3, *Freedom Documents*. Due to the voluminous nature of the seminar materials, only excerpted portions relating to how to fill out forms for the filing of the offset bonds, etc., relevant to the obstruction related charges in the *Superseding Indictment* for illustrative purposes.

13. We know that Mr. Pawelski and Mr. Brokaw taught people like Ms. Vigil and Ms. Mueller how to separate themselves from the status of taxpayer and jurisdiction of the federal government because they did the same thing with undercover agents in this

very prosecution.³  For example on July 7, 2011, after exchanging telephone calls and e-mail correspondence, Mr. Brokaw and Mr. Pawelski provided such counseling and instruction to an undercover agent and another person as documented in an official investigative report and provided to the defense in discovery at *Bates* No. 00003108 (which is not attached for potential security issues), but is excerpted from as follows:

> Based upon surveillance conducted of the meeting, RuSA members GEORGE THOMAS BROKAW, JOHN JOSEPH PAWELSKI, GORDON REEVES, ARTHUR KIMBREL, and LINDA BOSSERMAN attended the meeting.
>
> BROKAW and PAWELSKI instructed the UCA and BOSSERMAN on how to complete their "Freedom Documents ".

14. This excerpt is only one example and the discovery contains a number of references as well as the actual audio and video files documenting the various instructional sessions Mr. Brokaw and Mr. Pawelski had with the undercover agent and others.  Other such meeting attendees reported to the undercover agent that Mr. Brokaw had also taught them how to prepare and file their tax avoidance documents.  In addition, provided discovery contains copies of various surveillance and communications monitoring requests by the case investigators to higher authorities.  In a request dated 3/25/11 and memorialized at *Bates* No. 00001857, agents describe Mr. Brokaw thus:

> BROKAW is currently a leader in the anti - government group known as the Republic of Colorado. The local group is associated with the Republic

---

³ Upon information and belief, the government agents targeted Mr. Brokaw and Mr. Pawelski for electronic surveillance because the government deems both to be leaders of the OID activity.  Which is also, upon information an belief, why they executed search warrants on Mr. Brokaw's residence, Mr. Pawelski's residence, and Ms. Vigil's (although Ms. Vigil and Mr. Pawelski were residing in the same house.  No search warrant was executed upon Ms. Mueller's residence.

> for the united States of America (RuSA), which evolved from the Guardians of the Free Republics (GFR), and previously it was known as the Restore America Plan ( RAP). The interim President of RuSA is JAMES TIMOTHY TURNER from Ozark, Alabama. BROKAW is the Foreman of the RuSA "de jure" Colorado Grand Jury and the interim Representative for the Republic of Colorado.

15. None of the depth of involvement of Mr. Brokaw and Mr. Pawelski will come as a surprise to the Government because their activities have been known and monitored for years. It is inconceivable that if Mr. Brokaw and Mr. Pawelski should be convicted after a trial that the Government would not advance in their sentencing argument that these gentlemen were not organizers and leaders of the conspiracy.

16. As recently as April 7, 2014 Co-Defendant Brokaw has filed pleadings with this Court persisting in debunked legal theories including but not limited to:  The Government has indicted some property interest, to wit:  "GEORGE THOMAS BROKAW" with the name in capital letters and not himself, "a man with a soul" and therefore this Court has no jurisdiction; all the matters pertaining to this Indictment are civil in nature and not criminal. According to Mr. Brokaw,  this Court would have to assume the role of a military tribunal presiding over the trial of an alien combatant (or something like that) to hear this action.  See, Doc. #148, Brokaw's *Wish For Dismissal* and Doc. #149, Brokaw's *Counterclaim-2nd Notice*, filed April 7, 2014.

17. The posture of this case, as we approach trial, is such that Counsel for Ms. Mueller will have no choice but to not only disavow the agendas of un-indicted co-conspirator Curtis Morris, Co-Defendants Brokaw and Pawelski, and any affiliates of the Republic of the United States, but also to affirmatively point out the destructive nature of those agendas upon Ms. Mueller.

18. Again, by way of example and not limitation, we need look no further than Paragraph 29 of the Superseding Indictment (Doc. #53) to observe how the antagonistic nature of the anticipated defenses will play out at trial. The Government alleges therein that: "Vigil signed and submitted or caused to be submitted to Timothy Geithner, Secretary of the Treasury, a document entitled "Registered Private Offset and Discharge Bond" in the amount of $300 Million. Brokaw and Pawelski signed this document as surities and Mueller certified mailing this document to Geithner for Vigil." At page 000020 of Exhibit F to this Motion, the Court will see a pro forma "Registered Private Offset and Discharge Bond" with the addressee of Treasury Secretary Timothy Geithner in the precise amount of $300 Million. This document is part of the "freedom document" package found during the search of Ms. Vigil's home and promoted by Defendants Brokaw and Pawelski and others as legitimate methods for dealing with tax issues with the IRS. Within these documents, as seen in Exhibit F, p. 000012, there are instructions that everything sent to Treasury must be sent by certified mail, which is what Ms. Meuller is alleged to have done. Ms. Mueller's counsel must point out the leadership and organizational roles played in these activities by Mr. Brokaw and Mr. Pawelski at trial. Counsel will have to point out that it was Mr. Brokaw and Mr. Pawelski and Mr. Morris who promoted the material found in Exhibit F. They in turn will feel the need to respond if not retaliate. The prejudicial impact of quarreling defendants at trial cannot be understated and is not something that may be glossed over in the name of prosecutorial expediency.

19. Ms. Mueller's involvement in this case further points to the prejudice she faces if she is tried with Mr. Brokaw and Mr. Pawelski. First, Ms. Mueller is contacted by

the government as she is going to be subpoenaed to testify as a witness against Mr. Brokaw, Mr. Pawelski and Ms. Vigil.  She is not advised she is a target of the investigation.[4]  In fact, Ms. Mueller spoke with the government agents and provided them information.  Later, Ms. Mueller is contacted by the government and advised that she is a target of their investigation.  At this time she is read her rights as a target.  Following this encounter, Ms. Mueller is contacted by the government, meets with agents of the government and is questioned in a hostile manner.  Finally, she is charged.

20. The sequence of how Ms. Mueller came to be charged is significant Ms.Mueller is the last person charged.  Her status changed during the investigation even though, upon information and belief, the government was fully aware of who she was and what she was doing/had done.  She is much less culpable under the government's version of the case than Mr. Pawelski and Mr. Brokaw.  Accordingly, Ms. Mueller believes that the only reason she was added to the indictment of Mr. Brokaw, Mr. Pawelski and Ms. Vigil was to dirty her with the deeds of others.  As a result of her status in the case, Ms. Mueller is faced with calling both Mr. Brokaw's wife as a witness as well as Mr. Pawelski's former wife as a witness.  Both Mrs. Browkaw and Mrs. Pawelski filed OID tax returns.  Neither were charged.  Neither were given immunity.  Certainly these witnesses will cause, at the very least, consternation to Mr. Brokaw and Mr. Pawelski.  All of which demonstrates the basis of her antagonistic defenses, discussed below.

---

[4] Counsel for Ms. Mueller has no idea why Ms. Mueller's status changed from being a witness to a target.

## LEGAL ARGUMENT AND AUTHORITY FOR SEVERANCE DUE TO ANTAGONISTIC DEFENSES

21. Ms. Mueller intends to argue at trial that she lacked the requisite mental state for completion of the alleged crimes; rather, she acted in good faith.  Ms. Mueller will present evidence of her good faith and will seek a corresponding instruction on the issue of good faith similar to the instruction given by the Honorable Robert Blackburn in *United States v. Morris*, et. al., Case No. 10-cr-00317-REB (See, Exhibit G, Instruction No. 22, at Doc. #514, *U.S.A. v. Morris*, filed 4/30/12).  Ms. Mueller may further seek an instruction similar to that utilized by the 7th Circuit Court of Appeals as may be relevant and reprinted here for illustration and convenience only:

> 26 U.S.C. § 7212   Good Faith
>
> If the defendant believes in good faith that he is acting within the law or that his actions comply with the law, he cannot be said to have acted [corruptly, or] with the purpose to obtain an unlawful benefit for himself or someone else. This is so even if the defendant's belief was not objectively reasonable. However, you may consider the reasonableness of the defendant's belief together with all the other evidence to determine whether the defendant held the belief in good faith.
>
> Committee Comment:
>
> See *Cheek v. United States*, 498 U.S. 192, 202, 204–06 (1991); *United States v. Becker*, 965 F.2d 383, 388 (7th Cir. 1992).

22. Ms. Mueller's defense theory will necessarily be inconsistent with and antagonistic to the anticipated defenses of Mr. Brokaw and Mr. Pawelski as she will contend that they are among the purveyors of nonsensical legal theories that resulted in Ms. Mueller being caught up in the current Indictment and alleged conspiracies.  So far

13

as can be ascertained, these gentlemen will persist in the theories advanced thus far in their Motions.  This is not simply speculation on the part of defense counsel.  The Court's record demonstrates that Mr. Brokaw and Mr. Pawelski were appointed learned and capable defense counsel pursuant to the Criminal Justice Act to defend them in this case.  Later, both filed motions to proceed *pro se,* followed by two hearings before the Court to determine whether each wanted to proceed *pro se.*   Mr. Brokaw and Mr. Pawelski discharged their attorneys at least, in part, because their attorneys would not litigate the very nonsensical theories that they seek to advance on their own initiative. These *pro se* strategies of Mr. Pawelski and Mr. Brokaw have compounded the risk of a meltdown in trial. In other words, prejudice to Ms. Mueller's right to a fair trial is real – not simply imagined.

23. The analysis of a Rule 14 motion requires a federal district court to engage in a three-step inquiry when considering a motion for severance:

(1) It must determine whether the defenses presented are so antagonistic that they are mutually exclusive;

(2) Because "mutually antagonistic defenses are not prejudicial *per se*," a defendant must further show a serious risk that a joint trial would compromise a specific trial right or prevent the jury from making a reliable judgment about guilt or innocence;

(3) If the first two factors are met, the trial court exercises its discretion and weighs the prejudice to a particular defendant caused by joinder against the obviously important considerations of economy and expedition in judicial administration.  *U.S. v. Pursley*, 474 F.3d 757, 765 (10th Cir. 2007) (quotations omitted) (citations omitted).

14

24. Defenses are mutually antagonistic if "the conflict between codefendants' defenses [is] such that the jury, in order to believe the core of one defense, must necessarily disbelieve the core of the other." *U.S. v. Linn*, 31 F.3d 987, 992 (10th Cir. 1994). "The conflict between co-defendants must be so intense that there is a danger the jury will unjustifiably infer from the conflict alone that both defendants are guilty. *U.S. v. Peveto*, 881 F.2d 844, 857 (10th Cir. 1989). This can be accomplished by showing that the guilt of one defendant tends to establish the innocence of the other. *Id.*

25. This is precisely the nature of conflict between defenses that exists in this case. It is incumbent upon counsel for Ms. Mueller to demonstrate that she believed she acted in good faith because persons she knew and trusted (Accountant Morris, friends and associates Brokaw and Pawelski) led her to believe that these were legitimate tax practices. Morris was an accountant with many clients. Mr. Brokaw and Mr. Pawelski attended seminars given around the country by persons represented to be credible and returned to host meetings and train friends and associates with mountains of forms and documentation that appeared legitimate, and which refer to the Constitution, statutes and judicial decisions – all the while professing the accuracy of their views to people with emotional or financial issues.[5] It is further incumbent upon Ms. Mueller's counsel to point out to the jury in no uncertain terms that Mr. Brokaw and Mr. Pawelski were purveyors of the OID schemes in order to advance their own political agendas and that she was duped by these people she trusted as was Co-defendant

---

[5] The fact that both Mr. Brokaw and Mr. Pawelski hold themselves out to be legal experts is not speculative. Both Mr. Brokaw and Mr. Pawelski have been found competent to represent themselves at trial, they have fired CJA counsel, and they have persisted in making the arguments to the Court that they presented to others, including Ms. Mueller, prior to their indictment.

Mimi Vigil as well as Mr. Brokaw's wife and Mr. Pawelski's former wife. It is hard to imagine a more intense conflict than what is likely to happen in this case: Ms. Vigil and Ms. Mueller, either through counsel or on the stand, pointing the figure at Mr. Brokaw and Mr. Pawelski as the individuals who were promoting, advocating and championing the schemes alleged by the government, and subjecting a current spouse and a former spouse to questioning about their own OID filings. Our defenses could not be more antagonistic and the prejudice to Ms. Mueller's right to a fair trial could not be more evident.

26. The other aspect of the trial will be the fact that Ms. Mueller's status changed from being a witness to a target to a charged individual. Counsel has no evidence that the government acted in bad faith when it contacted Ms. Mueller and issued her a subpoena as a witness and spoke with her without advising her of her rights, only later to make her a target of the investigation, and ultimately a defendant.[6] But, the jury is going to have a difficult time making a reliable judgment about her guilt or innocence based on the sequence of events. The jury is going to have to overcome the taint of the manner in which Ms. Mueller status changed during the course of the grand jury proceedings. This taint, it is Ms. Mueller's contention, is so severe that a jury will not be able to act in an impartial manner.

WHEREFORE, Defendant Clara Mueller requests that her trial be severed from Co-defendants George Thomas Brokaw and John J. Pawelski and for such other and further relief as the Court deems fit in the premises.

---

[6] Upon information and belief, it appears that Ms. Mueller was not originally part of the criminal investigation. At first, she is stated to be, in essence, a notary for Mr. Brokaw, Mr. Pawelski and Ms. Vigil. Why this changes is unknown to counsel.

Respectfully submitted this 8th day of April, 2014.

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy, Suite 100
Golden, CO 80401
303-907-9516
millller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Motion to Sever was delivered, via the ECF system for the District of Colorado to all parties, this 8th day of April, 2014.
And via United States Mail, postage pre-paid, and via e-mail to the following:

George Thomas Brokaw, Pro Se
2260 Palm Drive
Colorado Springs, Colorado   80918
E-mail:  tombrokaw33@msn.com


John Pawelski, Pro Se
6432 Rockville Drive
Colorado Springs, Colorado   80923
E-mail:  johnski9999@gmail.com



/s/ Miller Leonard

17