| | |
|---|---|
| **Message0039** | |
| **Subject:** | **Hello all** |
| **From:** | Curtis Morrris |
| **Date:** | 11/25/2008 12:11:00 AM |
| **To:** | Barry Jurgeleit (mycavalry@comcast.net); Bob Campbell (bob.campbell333@gmail.com); Ed Vigil (ejv5050@yahoo.com); J K REYNOLDS; John Quinn (qman8325@aol.com); Larry Hall; Mike Schillinger (dmikes@safe-mail.net); Mimi Vigil; Sean Schillinger (sricks@safe-mail.net); Spencer Pickens (spencerpickens@yahoo.com); Stan Sayler (stansayler@gmail.com) |
| **Message Body** | |

Hello all,

Thank you all for the pleasure of our being able to get together and share our stories. I am very glad that we were able to make a meeting together and get to know more about each other. I appreciate the time you put aside to visit and I was very impressed that there were 12 of us in one place. Very cooooool!!

OK, Our next meeting is scheduled for Monday, December 8th our main topic for review will hopefully be the analysis and sharing by Larry and Stan of the information that they were able to put together from attending a Seminar with Tim Turner this weekend. I hope they have lots of fun on their trip and also get to learn lots of great information to share with us.

As our location is a little up in the air at the moment, I will be sending out a reminder email next week with a

EXHIBIT B - 000001

more concrete location and hopefully good directions.

Attached is an excel file with all the contact information that was provided. Please review and let me know if it is correct of if I just can't read or type.

If you feel others might benefit from our meetings, please be courteous to all of us and invite them but let us all know how many new people that we might be expecting to show up. I am hoping that our next meeting will be starting around 6:30 pm as we might have a tendency to talk longer than we should and stay later than our wives and husbands like. %^)

Again a fabulous pleasure to have met you all and I look forward to more lively and informative discussions with all of you.

Sincerely,

Curtis

**Attachment**

EXHIBIT B - 000002

Case No. 1:13-cr-00392-CMA   Document 157-2   filed 04/08/14   USDC Colorado   pg 3 of 3

file:///C:/04/06n1413-USDC-CMA/Discovery/email-from-IRS-CIS/SW Item 10/report/Exp...

| OID Freedom Group.xls |
|---|

| **Outlook Header Information** |
|---|
| Conversation Topic: Hello all<br>Subject: Hello all<br>From: Curtis Morrris<br>Sender Name: Curtis Morrris<br>To: Barry Jurgeleit (mycavalry@comcast.net); Bob Campbell (bob.campbell333@gmail.com); Ed Vigil (ejv5050@yahoo.com); J K REYNOLDS; John Quinn (qman8325@aol.com); Larry Hall; Mike Schillinger (dmikes@safe-mail.net); Mimi Vigil; Sean Schillinger (sricks@safe-mail.net); Spencer Pickens (spencerpickens@yahoo.com); Stan Sayler (stansayler@gmail.com)<br>Delivery Time: 11/25/2008 12:11:00 AM<br>Creation Time: 11/24/2008 11:51:47 PM<br>Modification Time: 11/25/2008 12:11:37 AM<br>Submit Time: 11/25/2008 12:12:09 AM<br>Importance: Normal<br>Priority: Normal<br>Sensitivity: Normal<br>Flags: 17 = Read, Has Attachment<br>Size: 38964 |

EXHIBIT B - 000003