| # | Full Name | Email Address | County | Elected / Apointed Position |
|---|---|---|---|---|
|  | Colorado Republic | governor@coloradorepublic.org |  |  |
|  | Gordon Reeves | bluesageholding@gmail.com<br>gr1342@inbox.com | El Paso | Governor |
|  | Mark Schulteis | damooser@qwestoffice.net | Denver | Lt Governor |
|  | Gregory Alan of Johnson | gregaj7@hotmail.com | El Paso | State Administrator |
|  | Lorraine Lunnon | lorriel@ibtdsl.com | Jefferson | Court Recorder |
|  | Jimmy Holden | lpsnbnds@aol.com | El Paso | State Auditor |
|  | Gregory Alan of Johnson | gregaj7@hotmail.com | El Paso | Secretary of State |
| 1 | Robert Barnet | abn64@hotmail.com | Larimer | Senator |
| 2 | John Pawelski | johnski69@comcast.net | El Paso | Senator |
| 1 | Gunther Aguilar-Glaub | gunther007x@comcast.net | Douglas | Representative |
| 2 | Dale Bennett | dbennett0505@msn.com | Arapahoe | Representative |
| 3 | Tom Brokaw | tombrokaw33@msn.com | El Paso | Representative |
| 4 | Scott Hubbell | scotthubbell1@comcast.net<br>shubbell8@hotmail.com | Douglas | Representative |
| 5 | Art Kimbrel | chief1k@aol.com | El Paso | Representative |
| 6 | William (Bill) Livsey | aKapaulrevere@rockymtncable.com<br>telluride4@rockymtncable.com | Gilpin | Representative |
| 7 | Bill Rogers | clrblo12@comcast.net | El Paso | Representative |
| 8 | Dennis Spencer | congressmanspencer@gmail.com | Archuleta | Representative |
| 9 | Clifford Strauser | strauserc@yahoo.com | Larimer | Representative |

EXHIBIT E - 000001

| 10 | Pere C. Wickes | perew2@msn.com | Arapahoe | Representative |
|---|---|---|---|---|
|  |  |  |  | Chief Justice |
|  | Daniel Hubbard | hubbarddamar2@comcast.net | Arapahoe | National Prosecutor |
|  |  |  |  | Advocate General |
|  |  |  |  | National Judge |
|  | Allen Dreiling | kwallend@msn.com ryb101@gmail.com |  | District Court Judge |
|  |  |  |  | Ambassador |

EXHIBIT E - 000002

SW SHADY-00000649