Restoring of the united States of America (Colorado)

(All information is held confidential.)

| Name | Address | Phone # | Email Address |
|------|---------|---------|---------------|
| Lorrie Lunnon | 540 Venee Street Lakewood Colorado | 3-237-1645 | lorrie1@lbrdsl.com |
| Carol Tarpley | 333 South Pierson Street Lakewood, Colorado Republic | 303-986-2884 | cor_Tarpley@yahoo.com |
| Harold Wood | Aurora, Co | 303 6490603 | hfwood2010@yahoo.com |
| Andrea Dynek | 18438 East Amherst Dr Aurora, Co 80013 | 3/693-3361 | adynek@gmail.com |
| Tony Dynek | | | abdynek@gmail.com |
| Daniel Hubbard | 20734 E Dorado Place Centennial, CO 80015 | 3/4841102 | hubbanddanna2@net comcast. |
| Marian Williams | 20269 Smokey Hill Rd #122 centennial, co 80015 (80903) | 720/987-1528 | marvinwilliamsone@ yahoo.com |
| Gregory Alan of Johnson | c/o 509 South El Paso Street Lakewood, Colorado | 719 630 0847 | gregaj7@hotmail.com |
| Marshall R. Lefford | 12960 W. Montana Dr. Colorado Spring | 303-430-2865 | marshman@cheerful.com mrlefford@gmail.com |
| Pete Collins | 5320 Setters Way CO 80916 Colorado Springs | 719-302-8911 | Pete@Colorado republic.org |
| William McNair | 200 Rampart Way, #215 Denver, Co [80230] | 3-340-0667 | Mtngenefix@yahoo.com |
| Sachit K. Pandey | 3800 Buchter Blvd, #1006/ Denver [80250] Colorado | 720-881-1987 | sachchit@yahoo.com |
| Mimi Vigil | 3578 Hartsel Dr #E | 719 440 7530 | rubyred5050@gmail.com |
| Clara Mueller | PoBox 63223 Colo Spg 80962 | 719-388-2018 | clara@hifiveworld.com |
| Debra Saunkeah | 2122 Wold Ave CS Co 80909 | 719-201-5130 | dbsaunkeah@comcast.net |
| Judith Revier | 405 Elmwood Dr Colorado Springs CO 80907 | 719-659-7715 | jamresco@gmail.com |

SW SHADY-00001638

Restoring of the united States of America (Colorado)

(All information is held confidential.)

| Name | Address | Phone # | Email Address |
|------|---------|---------|---------------|
| Linda Bosserman | PO Box 1000, C/S, CO 80932 | 719.330-0626 | thelindab@inbox.com |
| BARRY+SHEILA MATTHAUS | 9767 HOLLAND Cir, Westminster Co 80021 | 303-440-7335 | Butchmatt3@msn.Com / Sheilamatt3@msn.COM |
| Phil Wolf | PO Box 16804 follon Co 80402 | 3 931-9096 | Pkwolf1@gmail.com |
| Allen Dreiling | Domicile: 311 Allegheny Pl. C/S Colo | 719.351-0119 | kwallend@msn.com |
| DAVID L Coffelt | 2000 W 92nd Ave #85 Fed Hts Co 80260 | 720.206.8717 | davecoffelt@comcast.net |
| Marcia A. Coffelt | " " | 303.853.9914 | marciacoffelt@comcast.net |
| Dale Bennett | | 720 530 4021 | dbennette505@msn.com |
| LAREN FUSMAN | 1257 VINE ST # 103 DENVER, CO. | 720-362-1650 | larenwfusman@msn.com |
| Dan Hanna | 86k Shrider Rd 80920 | 719-459-0828 | danhanna2@aol.com |
| DREW A. WILLIAMSON | 1040 SAILORS GATE FT COLLINS CO 80525 | 970.556-0444 | DREW@THE EXERUTIVE CENTER, COM |
| STEVEN ROBERT Hofwood | 5376 W. AKSARBEN AVE Littleton, Co 80123 | 720-217-2059 | Shspankey@gmail.com |
| Bill Livsey | PO Box 652 Black Hawk Co. 80422 | 720-219-0982 | telluride4@radiantcable.com |
| PERE WICKES | 2487 S. Zeno Ct AURORA, CO 80013 | 303-698-8245 | PEREW2@msn.com |
| EDWARD MAYNARD | 637 B South Broadway Boulder Co # 327 | 303-908-6049 | CAMELOTUSA1@AoL.com |
| Tyler D. Clements | 893 S. Quail Way Lakewood, Co 80226 | 612-803-4907 | ty@bigspring.Com |
| P. Sue PARKER | 4319 WOMACK DR. Cold Spgs Co 80915 | 208-731-9989 | Charismatic Thorn box.Com / CHARIS MAT.e77@inbox.com |

SW SHADY-00001639



Sui juris;
"of one's own right"

Affirmed;
Declaration of Independence, July 4 ,1776

## Declaration of Sovereign Rights held by Indigenous Power

**In The Beginning Almighty God** created all men equal; that they are created with Inherent Sovereign Rights held by Indigenous Power; that they are endowed by their Creator with certain unalienable rights. A <u>republic</u> is established when one people mutually pledge their lives, fortunes and sacred honor to one another as a state in common. To secure the rights of life, liberty, and the pursuit of happiness; delegating by Constitution certain Inherent Sovereign Rights held by Indigenous Power; governments are instituted among men, deriving their just powers from the consent of the governed; used as surrogate power exercised by elected officials.

When surrogate power officials assume the rights of Indigenous Power a Republic inverts into Democracy. Democratic corrupted surrogate power has no authority of its own, therefore I declare by Almighty God in peaceable One People Assembly :

### Covenant Affirmation

I AM created equal to all men with Inherent Sovereign Rights held by Indigenous Power. I therefore solemnly publish and declare; I AM absolved from all political allegiance foreign to the Republic of the united States; with a firm reliance on the protection of Divine providence, in One People Assembly for the Republic; I affirm :

I AM lawfully natural born or lawfully settled in _____Colorado_____ and in Order  to form a
[state Republic]

more perfect Republic, establish Justice, insure domestic Tranquility, provide for the common Defence, promote the general Welfare, and secure the Blessings of Liberty for our Republic and our Posterity, I consent in One People Assembly to delegate certain Inherent Rights and Sovereign Power in republic by Constitution in exchange for the Protections, Freedoms, Rights and lawful recognition as a _____Colorzdoan_____
The states native spelling: i.e. Pennsylvanian

in the Republic of the united States of America and for the support of this Declaration, with a firm reliance on Divine Providence we mutually pledge our lives, our fortunes and our sacred honor. By absolute autograph under Witness Protection this Declaration of Sovereign Rights is absolute supreme in the Republic.

_Mimi_ _Michelle_ _Vigil_  date: 9/21/2010
First   (Absolute Signature )   Middle   (No unusual punctuation)   Last

Mimi   Michelle   Vigil
First   (Print )   Middle   (No unusual punctuation)   Last

address 3578 Hartsel Dr. #E

city Colorado Springs   state Colorado

phone 719.440.5530   email rubyred5050@gmail.com

First  (Witness in Assembly Signature)   Middle   (No unusual punctuation)   Last   : 9/21/10   date

First  (Witness in Assembly Signature)   Middle   (No unusual punctuation)   Last   : 9-21-10   date

First  (Witness in Assembly Signature)   Middle   (No unusual punctuation)   Last   : 9-21-10   date

At the mouths of two, or at the mouths of three the matter is established.

## EXHIBIT F - 000003

SW SHADY-00001640

# The Republic of the united States of America

## Jural Covenant of Office for state Republic

__Coloradoan__ Jurist in __El Paso__ County Settlement.

The states native spelling: i.e. Pennsylvanian                      County

With Right Hand raised in front of two (2) live witnesses in Republic ,by your own words pledge the following for Jural Covenant.

"NOW IN REPUBLIC, I declare my Inherent Sovereign Rights are held by Indigenous Power. With the one people in Republic, I mutually pledge my life and fortune with a firm reliance on Divine Providence. I AM sentient and of FREE Will and hereby pledge my sacred honor to Jural duty. By covenant, I accept the duty to perform the responsibility of a Jurist serving in __Colorado__ Republic."

(state Republic)

"I, __Mimi   Michelle   Vigil__ do solemnly affirm my Jural covenant with status as a

First  [Print ]        Middle  [No unusual punctuation]        Last

lawful __Coloradoan__ in __El Paso__ County Settlement."

The states native spelling: i.e. Pennsylvanian                      County

"I will support, preserve, protect and defend this state Republic Constitution, Declaration of Independence, July 4, 1776 and Republic of the united States Constitution c.1789 in America Nation Settlement and its laws. I will perform and fulfill all Jural duties in Republic and administer the Law of the Land of this Republic with respect to it's people faithfully, impartially, peacefully, honorably and never contrary to the Law of Almighty God. Presenting no one through envy, hatred, malice, covetousness or ill-will, and leaving no one unrepresented because of fear, favor, affection, reward or enticements. Investigating without restraint all matters of knowledge or which have been brought forth unto me in such impartial capacity, keeping all such counsel and deliberations at all times secret for protection of the People. I solemnly affirm to do all of this to the best of my ability and understanding as a sacred covenant with the state Republic and local County Settlement people and the Almighty Creator, as a __Coloradoan__ so help me God."

The states native spelling: i.e. Pennsylvanian

### Absolute Autograph Signature

I AM in Republic and by absolute autograph signature seal this Jural Covenant of Office. May Heaven and Earth be One Eternal Witness this day. Affirmed and autographed in Grace centered in Almighty God by :

__Mimi__        __Michelle__        __Vigil__        __9/21/2010__

First  (Autograph Signature )     Middle  (No unusual punctuation)     Last        date

__Mimi__        __Michelle__        __Vigil__

First    [Print ]     Middle  (No unusual punctuation)     Last

__3578  Hardsel Dr. #E__     __Colorado Springs__     __Colorado__

Address              City              Republic

First  (Witness Autograph Signature )   Middle   (No unusual punctuation)  Last        First  (Witness Autograph Signature )   Middle   (No unusual punctuation)  Last

*A Jurist is one that knows , engages in and will uphold matters of law. Delegated power from the people by Constitution is the law in the Republic. A Jurist is qualified to serve in positions of delegated authority in Republic. They may be called upon to serve on a Jury Panel as a Juror for a Grand Jury, Trial Jury, Special Jury, Jury Assembly or remain collected in a Jury pool or as reserves, as alternates, on select committees, as select office holders or actually seated upon one of the many Juries that shall exist from the county level and up.*

## EXHIBIT F - 000004

SW SHADY-00001641

## Restore America Plan Resignation Notice

I have resigned from the <u>Restore America Plan</u> and I have resigned my <u>Covenant of Office Guardian of the Free Republics de jure Grand Juror</u> form.

I am not a participant or a juror for the Restore America Plan or their De Jure Grand Juries.

_Mimi       Michelle       Vigil_       Date_9/21/2010_
First   (absolute signature)   Middle   (No unusual punctuation)   Last

_Mimi       Michelle       Vigil_
First   (Print)   Middle   (No unusual punctuation)   Last

Address_3578 Hartsel Dr. #E_

City_Colorado Springs_       State_Colorado_

Phone_719.440.7530_


Witness in Assembly


(Signature)   First   (No unusual punctuation)   Middle       Last       Date 9/21/10

(Signature)   First   (No unusual punctuation)   Middle       Last       Date 9-21-10

(Signature)   First   (No unusual punctuation)   Middle       Last       Date 9-21-10

At the mouths of two, or at the mouths of three the matter is established.

## EXHIBIT F - 000005

SW SHADY-00001642

# FREEDOM DOCUMENTS

Instructor: Mr. Tim Turner

## www.americacanbefree.com

EXHIBIT F - 000006

SW SHADY-00001643

# AMERICAN FREEDOM SEMINAR OUTLINE

1. **Who are you**
   a. American vs. U.S. Citizen
   b. Contracts and how you became a U.S. Citizen

2. **United States of America**
   a. Sovereignty - A nation of kings upon their land
   b. Constitution - A trust document

3. **The United States Corporation**
   a. Who really Rules America
   b. Jurisdiction of the Corporation
   c. Corporations within the Corporation United States
   d. Lobbyists in Washington D.C.
   e. Who owns Washington D.C.

4. **Republic vs. Democracy**
   a. What is a Republic
   b. What is a Democracy

5. **Freedom vs. Socialism**
   a. Public School System
   b. Taxes - Lawful or Unlawful
   c. Homeland Security
   d. Presidential Executive Orders

6. **The Constitution vs. Corporate law**
   a. Lawful vs. Legal
   b. The Law of the Land
   c. UCC, USC, Statutes, Regulations and Ordinances
   d. 1938 the Law Merchant was taken out of Common Law and placed under equity in the courts. This changed the system of pleas to a confession or avoidance instead of one of Demurrer so that the evidence in Law could be excluded from a case at the Judge's will. This was accomplished by changing the Laws by the Federal Reserve Act and the Income Tax Laws.
   e. The United Nations Treaty "Atlantic Charter" Articles 55 and 56 converted our God Given Unalienable rights into "Privileges and Immunities" giving us limited liability as corporations in commerce.

7. **The Role of the Church**
   a. Welfare Programs and the Church
   b. 501-c3 Incorporation of the Church
   c. Politics and the Church
   d. The Church and Guidance of our Government
   e. Political Candidates and the Church

8. **Is our Nation a Christian Nation**
   a. Immorality in the Church
   b. The new age movement and the church
   c. The goddess Gaya Religion
   d. Witchcraft in the Church
   e. If the Christians don't change America, who will

EXHIBIT F - 000007

SW SHADY-00001644

9. The Return of Christ
   a. The Signs of the Times
   b. The last generation
   c. The New World Order
   d. Will Christians see the Antichrist

10. Bankruptcy of the UNITED STATES
    A. When did it happen and why
    B. Who Owes the National Debt
    C. Recall of the Gold
    D. Who Owns the Gold
    E. Federal Reserve System
    F. What is Money
    G. Interstate Commerce Act of 1887 gave private entities the power to use the Federal Government to create laws that would enrich private corporations.
    H. We the People are considered Commercial Merchants simply because we use Federal Reserve Notes, Promissory notes and checks. This makes us responsible for the laws of equity in today's courts.
    I. On March 18, 1968, the laws were changed to make Federal Reserve Notes "Legal Tender" instead of "Lawful Money".

11. The Law
    a. Equity vs. Admiralty
    b. Contract Law - He who writes the contract wins
    c. Offer and Acceptance
    d. Volunteering

12. The Wealth of the American People
    a. Collateral for the National Debt
    b. Natural resources and who they belong to
    c. Natural Resources and the Environmental Movement
    d. Department of Human Resources
    e. Birth Certificates Sold

13. Your Treasury Account
    a. Social Security Trust Indenture
    b. How the account is funded
    c. How to Access the Account
    d. What the account can be used for

14. The Process
    a. Types of Bonds
    b. Charging Your Account
    c. Bond Orders
    d. Appointing a Fiduciary Agent

EXHIBIT F - 000008

SW SHADY-00001645

FORMS:

### SECTION 1
a. UCC-1
b. UCC-Addendum
   1. Attachment A (Property List)
c. Power of Attorney
d. Commercial Security Agreement
   1. Attachment A (Property List)
   2. Attachment B (Indemnity Bond)
   3. Notice of Lien
e. Actual and Constructive Notice
f. Hold Harmless and Indemnity Agreement
   1. Attachment A (Property List)
g. Non-Negotiable Security Agreement
h. Legal Notice & Demand
   1. Attachment A (Property List)
   2. Attachment B (Definitions)
i. Cover Letter Act of State
j. Affidavit of Political Status
k. Archetype - Act of State

### SECTION 2
l. Fiduciary Appointment (3)
m. Charge Back Order
n. IRS Form 56 (3)
o. IRS Form 1040-V
p. Declaration of a Living Man
q. Birth Certificate Bond
r. Cover Letter
s. Affidavit of Notary Presentment

15. Mailing and Filing
   a. Names and Addresses
   b. Procedures for Filing Paperwork

SW SHADY-00001646



SECTION THREE

SW SHADY-00001714

# TABLE OF CONTENTS

## SECTION 3:  BONDS & NOTES

**1.    BIRTH CERTIFICATE BOND (Blue Border)  (30 DAY CURE)**

This bond creates your treasury account and value is established by placing your birth certificate as collateral.  Your birth certificate is a registered security.  This is how you CHARGE your account.

**2.    REGISTERED PRIVATE INDEMNITY BOND (Blue Border) (10 DAY CURE)**

This bond insures the sureties on the Birth Certificate Bond.

**3.    REGISTERED PRIVATE OFFSET BOND (Green Border) (10 DAY CURE)**

This bond designates the individual account holders that you owe or futuristic accounts you may pay. This bond instructs the US Treasury to offset any presentment (Bill) that you send for the listed accounts and bring the balance to zero.

**4.    DIRECT BONDED PROMISSORY NOTE (Green Border) (10 DAY CURE)**

This note is used to discharge debt. This note is the check.

SW SHADY-00001715

# SECTION 3 – BONDS & NOTES

## US TREASURY
## FILING & MAILING PROCEDURES

# BONDS

## SPECIAL INFORMATION

NOTE 1: SECTION 3 DOCUMENTS ARE NOT FILED AT YOUR LOCAL COURTHOUSE.

NOTE 2: EVERYTHING SENT TO US TREASURY IS MAILED VIA **REGISTERED** MAIL.

NOTE 3: EVERYTHING SENT TO US TREASURY IS PRINTED ON LASER PRINTER USING 32 lb. BOND PAPER.

NOTE 4: EVERY BOND OR NOTE SENT TO US TREASURY IS ORIGINAL ONLY, UNLESS STAMPED "COPY".

1. Submit only **ORIGINAL** bonds to the US TREASURY. Bonds being submitted must be printed on 32 lb. Cotton Bond Paper using a LASER printer, not an Ink Jet printer.

2. Address envelope to the following recipient:

   **TIMOTHY F. GEITHNER**
   **SECRETARY OF THE TREASURY**
   **DEPARTMENT OF THE TREASURY**
   **1500 PENNSYLVANIA AVENUE N.W.**
   **WASHINGTON, D.C. 20220**

3. Prepare for mailing of **ORIGINAL** bonds using the following mailing instructions:

   ➢ Registered Mail with Return Receipt
   ➢ $21.00 in postage stamps on the envelope. DO NOT ALLOW POSTAL EMPLOYEE TO PLACE A METERED STAMP ON YOUR PACKAGE. INFORM THEM YOU WANT STAMP POSTAGE ONLY.
   ➢ Declare a $21.00 value on mail receipt.
   ➢ DO NOT BUY INSURANCE
   ➢ DO NOT SEND OVERNIGHT MAIL
   ➢ Send package by Notary Presentment listing all documents by name, number (if applicable), and file number.
   ➢ Use your Notary's Return Address.
   ➢ Track your package via www.usps.com

**SPECIAL NOTE:** When sending an original 50/50 Bond to the US TREASURY, mail a duplicate copy of the 50/50 Bond to the IRS SETOFF OFFICE. Be certain to stamp "COPY" on the duplicate copy going to the IRS SETOFF OFFICE. This will help to prevent counterfeiting.

## EXHIBIT F - 000012

SW SHADY-00001716

## SECTION 3 – BONDS & NOTES

## IRS SETOFF OFFICE
## FILING & MAILING PROCEDURES

# PROMISSORY NOTES

## SPECIAL INFORMATION

NOTE 1: SECTION 3 DOCUMENTS ARE NOT FILED AT YOUR LOCAL COURTHOUSE.

NOTE 2: EVERYTHING SENT TO IRS SETOFF OFFICE IS MAILED VIA **REGISTERED** MAIL.

NOTE 3: EVERYTHING SENT TO IRS SETOFF OFFICE IS PRINTED ON LASER PRINTER USING 32 lb. BOND PAPER.

NOTE 4: EVERY NOTE SENT TO IRS SETOFF OFFICE IS ORIGINAL ONLY, UNLESS STAMPED COPY.

4. Submit only **ORIGINAL** notes to the IRS SETOFF OFFICE. NOTES being submitted must be printed on 32 lb. Cotton Bond Paper using a LASER printer, not an Ink Jet printer.

5. Address envelope to the following recipient:

**INTERNAL REVENUE SERVICE**
**Att. Operations Mgr., Accts Management 2**
**Anna S. Medlock**
**P.O. Box 149338**
**Austin, TX 78714-9338**

6. Prepare for mailing of **ORIGINAL** notes using the following mailing instructions:

   ➢ Registered Mail with Return Receipt
   ➢ $21.00 in postage stamps on the envelope. DO NOT ALLOW POSTAL EMPLOYEE TO PLACE A METERED STAMP ON YOUR PACKAGE. INFORM THEM YOU WANT STAMP POSTAGE ONLY.
   ➢ Declare a $21.00 value on mail receipt.
   ➢ DO NOT BUY INSURANCE
   ➢ DO NOT SEND OVERNIGHT MAIL
   ➢ Send package by Notary Presentment listing all documents by name, number (if applicable), and file number.
   ➢ Use your Notary's Return Address.
   ➢ Track your package via www.usps.com

**SPECIAL NOTE:** When sending an original 50/50 Bond to the IRS SETOFF OFFICE, mail a duplicate copy of the 50/50 Bond to the US TREASURY. Be certain to stamp "COPY" on the duplicate copy going to the US TREASURY. This will help to prevent counterfeiting.

## EXHIBIT F - 000013

SW SHADY-00001717

## PRIVATE REGISTERED BOND FOR SETOFF
## NON-NEGOTIABLE
### VALUE: $100,000,000,000.00 (One Hundred Billion) US Dollars
### RE: CERTIFICATE OF LIVE BIRTH # Your B/C Number

### ACCEPTED FOR VALUE and EXEMPT FROM LEVY
### DEPOSITED TO US TREASURY AND CHARGED TO YOUR ALL CAPITAL NAME AND SS#

Upper-Lower: Name
c/o Street Address
City, State, near [zip code]
Non domestic without the US

ISSUE DATE: Date
BOND NUMBER: RR 123 456 789 US
REGISTERED MAIL NO. RR 123 456 789 US

THE UNITED STATES DEPARTMENT OF THE TREASURY
c/o TIMOTHY F. GEITHNER, FIDUCIARY
1500 PENNSYLVANIA AVE NW
WASHINGTON, D.C. 20220

Attention: TIMOTHY F. GEITHNER, RESPONDENT

File#       Enclosed, the undersigned, Upper—Lower: Name, herewith accepts for value the enclosed bond, Certificate of Live Birth, No
Your B/C #, and all endorsements front and back, being the only legitimate acceptor of said bond being the only party to have put any value
into said bond, being the contributing beneficiary of the same. This is in accordance with Uniform Commercial Code, and House Joint
Resolution 192 of 5 June 1933, and UCC 1-104 and Public Law 73-10.

### BOND ORDER

Please deposit this bond to an account bearing the USPO Registered Mail Number Reg. Mail # for future identification purposes,
and to be used as a set off account against any bills, taxes, or claims, and the like, against Upper-Lower: Name SS# Without Dashes or any
bills, taxes, or claims, and the like, against the All Capital Name and SS# With Dashes debtor to Upper-Lower: Name, secured Party, see
enclosed UCC-1 Financing Statement), said claim(s) to have been "accepted" and endorsed by Upper-Lower: Name.

Please adjust any bills, taxes, or claims, and the like, against Upper-Lower: Name [see Certificate of Live Birth] or the ALL
CAPITAL NAME AND SS# WITH DASHES to zero, charge, settle and close any such account, and return the interest to the principal,
Upper-Lower: Name at the above post location. Timothy F. Geithner, the Secretary of the Treasury, the United States Department of the
Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the US POST
OFFICE INTERNATIONAL MAIL Receipt, to dishonor this Bond by returning this Bond to the Principal, with an explanation of all
deficiencies, at the stipulated mailing address by non domestic post. Failure to return the Bond as stated shall constitute Acceptance and
Honoring of this Bond, the Associated transactions, and presentments, in accordance with the Law, by Timothy F. Geithner, the Secretary of
the US Treasury, and The United States Department of the Treasury to all of the Terms and Conditions contained herein.

This Bond shall be ledgered, as an asset, as best suits the needs of The United States Department of the Treasury. This Bond
expires at the moment Upper-Lower: Name expires. Void where prohibited by law.

Surety #1 - Upper-Lower: Name
Exemption ID # SS# Without Dashes
c/o Address
City, State, Near [Zip Code]
Non-Domestic without the US

Surety #2 - Upper-Lower: Name
Exemption ID # SS# Without Dashes
c/o Address
City, State, Near [Zip Code]
Non-Domestic without the US

Upper-Lower: Name - Principal
Exemption ID # SS# Without Dashes
c/o Address
City, State, Near [Zip Code]
Non-Domestic without the US

Witness #1 - Upper-Lower: Name
Address
City, State
Non-Domestic without the US

Witness #2 - Upper-Lower: Name
Address
City, State
Non-Domestic without the US

## EXHIBIT F - 000014

SW SHADY-00001718



# PRIVATE REGISTERED INDEMNITY BOND
## NON-NEGOTIABLE
### BOND NO. YOURBOND#
### REGISTERED LIBER # Document File Number From County Clerk

**USPO REGISTERED MAIL #** REGISTERED MAIL #
**VALUE: $300,000,000.00 USD**

**ISSUE DATE:** May 2, 2008
**EXPIRATION DATE:** May 1, 2038

Pay To The
Order Of:

THE UNITED STATES DEPARTMENT OF THE TREASURY
TIMOTHY F. GEITHNER, SECRETARY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

**For:** Upper-Lower: Name,
ALL CAPITAL NAME
Social Security Number: SS# With Dashes

Account Holder, and
Account Holder, and
Account, each severally

By, On through:
Upper-Lower: Name, Principal

Private Offset Account # SS# No Dashes

Upper-Lower: Name, Surety #1
Private Offset Discharging and Indemnity Bond # IB BOND NUMBER USPO REGISTERED MAIL # RR123456789 US

Private Offset Account # SS# No Dashes

Upper-Lower: Name, Surety #2
Private Offset Discharging and IndemnityBond # IB BOND NUMBER USPO REGISTERED MAIL # RR123456789 US

Private Offset Account # SS# No Dashes

_____ Surety #1          _____ Surety #2          _____ Principal

    In order to Discharge or Offset debt, to protect Secured Interests, to reserve the right of Remedy, Recourse and Subrogation, and in order to maintain the Honor of the named Account Holder(s) and Account(s), and to facilitate lawful commercial transactions, and in order to lawfully engage in commerce within the jurisdiction of THE UNITED STATES DEPARTMENT OF THE TREASURY, this Private Offset Discharging and Indemnity Bond, issued to MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY is necessitated.

    We, John-Lee: Doe, Principal, and Bob-Robert: Williams, Surety, and David-Long: Hull, Surety, being Creditors, Sui Juris status, of sound mind(s), Standing in Honor, with full knowledge and full disclosure, with Honorable Intent, herein hold, bind, and obligate Ourselves, individually and cooperatively, jointly and severally, as voluntary sureties for the herein named Account Holder(s) and Account(s), each Jointly and Severally, for any amount(s) up to and including $300,000,000.00 (USD) - Three Hundred Million United States Dollars, for the Honorable purposes through this Bond, of Underwriting, Insuring, and Indemnifying said Account Holder(s) and Account(s) against any and all pre-existing, current, and future liabilities through/by Offsetting against this Bond, Dollar for Dollar, all such obligations, which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

*Initials*

_____ Surety #1          _____ Surety #2          _____ Principal

Page 1 of 5  Bond Number YOURBOND# United States Post Office Registered Mail Number RR 123456789US

EXHIBIT F - 000015

SW SHADY-00001719

MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (Ten) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPS Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute **Acceptance** and **Honoring** of this Bond by terms of Contract and constitute **Acceptance** and **Honoring** of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, AND THE UNITED STATES DEPARTMENT OF THE TREASURY.

MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

Initials

_____          _____          _____
Surety #1                                      Surety #2                                      Principal

EXHIBIT F - 000016

SW SHADY-00001720

# Bond Order

A) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all pre-existing and current liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and **including $300,000,000.00 (USD) - Three Hundred Million United States Dollars**, all such obligations which shall Include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s). reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

B) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all future liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including **$300,000,000.00 (USD) - Three Hundred Million United States Dollars**, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s). process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

Surety # 1                          Surety # 2                          Principal

Page 3 of 5   Bond Number **YOURBOND#** United States Post Office Registered Mail Number **RR 123456789US**

EXHIBIT F - 000017

SW SHADY-00001721

C)   MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (Ten) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the United States Post Office Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute **Acceptance** and **Honoring** of this Bond by terms of Contract and constitute **Acceptance** and **Honoring** of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, and THE UNITED STATES DEPARTMENT OF THE TREASURY.

D)   MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

E)   The Principal's stipulated mailing address is:

Upper-Lower: Name
c/o Upper Lower Address
City, State: Near [zip code]
Non Domestic without the US

*Match 1st PAge*

F)   This Registered Private Indemnity **Bond Number** ABCOB0004 , shall expire on **Maturity Date:** May 2, 2038.

Surety # 1                          Surety # 2                                          Principal

Page 4 of 5   Bond Number YOURBOND# United States Post Office Registered Mail Number RR 123456789US

EXHIBIT F - 000018

SW SHADY-00001722

We, as Signatories, to execute this Registered Private Indemnity Bond # **ABCOB0004** do hereby affix Our Initial(s), Seal(s), and Signature(s) to this Bond / Instrument on this **2nd** day of **May** in the year of **Two Thousand and Nine**.

Initials

_____          _____          _____
Surety # 1                                    Surety # 2                                    Principal Initials

                                                                    /s/ _____
**Upper-Lower: Name,** Surety #1                          Surety #1 Signature:

Private Offset Account # **SS# without dashes**

                                            Surety #1
                                        Seal/Right Thumbprint

                                                                    /s/ _____
**Upper-Lower: Name,** Surety #2                          Surety #2 Signature:

Private Offset Account # **SS# without dashes**

                                            Surety #2
                                        Seal/Right Thumbprint

                                                                    /s/ _____
**Upper-Lower: Name,** Principal                          Principal Signature:

Private Offset Account # **SS# without dashes**

                                            Principal
                                        Seal/Right Thumbprint

We Solemnly attest as Witness, to the authenticity of the foregoing Initials(s), Seal(s), and Signature(s) placed upon this Document on this, the **2nd** Day of **May** in the year **Two Thousand and Nine**.

Witness #1 _____

/s/_____          Living Location     c/o _____
                                                                    _____
                                                                    _____

Witness #2 _____

/s/_____          Living Location     c/o_____
                                                                    _____
                                                                    _____

Page 5 of 5  Bond Number **YOURBOND#** United States Post Office Registered Mail Number **RR 123456789US**

SW SHADY-00001723



# PRIVATE REGISTERED OFFSET AND DISCHARGE BOND
## NON NEGOTIABLE

### BOND NO. YOURBOND#

USPO REGISTERED MAIL # REGISTERED MAIL #
VALUE: $300,000,000.00 USD

ISSUE DATE: May 2, 2008
EXPIRATION DATE: May 1, 2038

Pay To The: THE UNITED STATES DEPARTMENT OF THE TREASURY
Order Of:   C/O TIMOTHY GEITHNER, TRUSTEE OF THE US BANKRUPTCY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220.

For:   Upper-Lower: Name,
ALL CAPITAL NAME
Social Security Number: SS# With Dashes

Principal,
Account Holder, and
Account, each severally

INTERNAL REVENUE SERVICE and all subdivisions and agents thereof
UNITED STATES, United States of America and all subdivisions and agents thereof
State of YOUR STATE and all Agents Thereof
MASTERCARD INTERNATIONAL
CAPITAL ONE
YOUR COUNTY

*Don't working about Account #'s.*

Account Holder
Account Holder
Account Holder
Account Holder
Account Holder

By On through:
Upper-Lower: Name, Principal,

Private Offset Account # SS# No Dashes

Upper-Lower: Name, Surety #1,                                     Private Offset Account # SS# No Dashes
Private Offset Discharging and Indemnity Bond # IB BOND NUMBER USPO  REGISTERED MAIL # RR123456789 US

Upper-Lower: Name, Surety #2,                                     Private Offset Account # SS# No Dashes
Private Offset Discharging and Indemnity Bond # IB BOND NUMBER USPO REGISTERED MAIL# RR123456789 US

_____        _____        _____
Surety #1 initials                          Surety #2                          Principal  initials

In order to Discharge or Offset debt, to protect Secured Interests, to reserve the right of Remedy, Recourse and Subrogation, and in order to maintain the Honor of the named Account Holder(s) and Account(s), and to facilitate lawful commercial transactions, and in order to lawfully engage in commerce within the jurisdiction of THE UNITED STATES DEPARTMENT OF THE TREASURY, this Private Offset Discharging and Indemnity Bond, issued to MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY is necessitated.

We, Upper-Lower: Name, Principal, and Upper-Lower: Name, Surety, and Upper-Lower: Name, Surety, being Creditors, Sui Juris status, of sound mind(s), Standing in Honor, with full knowledge and full disclosure, with Honorable Intent, herein hold, bind, and obligate Ourselves, individually and cooperatively, jointly and severally, as voluntary sureties for the herein named Account Holder(s) and Account(s), each Jointly and Severally, for any amount(s) up to and including $300,000,000.00 (USD) - Three Hundred Million United States Dollars, for the Honorable purposes through this Bond, of Underwriting, Insuring, and Indemnifying said Account Holder(s) and Account(s) against any and all pre-existing, current, and future liabilities through/by Offsetting against this Bond, Dollar for Dollar, all such obligations, which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s),

Page 1 of 6  Bond Number YOURBOND# United States Post Office Registered Mail Number  RR 123456789US

EXHIBIT F - 000020

SW SHADY-00001724

incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

_____          _____          _____
Surety #1                Surety #2                Principal

SW SHADY-00001725

MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (TEN) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPS Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute Acceptance and Honoring of this Bond by terms of Contract and constitute Acceptance and Honoring of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, AND THE UNITED STATES DEPARTMENT OF THE TREASURY.

MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

| Surety # 1 | Surety # 2 | Principal |
|---|---|---|

Page 3 of 6   Bond Number **YOURBOND#** United States Post Office Registered Mail Number **RR 123456789US**

EXHIBIT F - 000022

SW SHADY-00001726



# Bond Order

A)  MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all pre-existing and current liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including $300,000,000.00 (USD) - Three Hundred Million United States Dollars, all such obligations which shall Include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

B)  MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all future liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including $300,000,000.00 (USD) - Three Hundred Million United States Dollars, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

Surety # 1                    Surety # 2                         Principal

Page 4 of 6  Bond Number YOURBOND# United States Post Office Registered Mail Number RR 123456789US

EXHIBIT F - 000023

SW SHADY-00001727



C)   MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (TEN) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPO Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute **Acceptance** and **Honoring** of this Bond by terms of Contract and constitute **Acceptance** and **Honoring** of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, and THE UNITED STATES DEPARTMENT OF THE TREASURY.

D)   MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

E)   The Principal's stipulated mailing address is:

**Upper-Lower: Name**
**ALL CAPITAL NAME**
c/o **Upper Lower Address**
**City, State; Near [zip code]**
Non Domestic without the US

F)   This Registered Private Offset and Discharge Bond Number **ABCOB0004**, shall expire on **Maturity Date** **May 2, 2038**.

_____          _____          _____
Surety # 1                       Surety # 2                        Principal

EXHIBIT F - 000024

SW SHADY-00001728

We, as Signatories, to execute this Registered Private Offset and Discharge Bond # `ABCOB0004` do hereby affix Our Initial(s), Seal(s), and Signature(s) to this Bond / Instrument on this `2nd` day of `May` in the year of `Two Thousand and Nine`.

Surety # 1            Surety # 2            Principal

/S/ _____
Surety#1:

`Upper-Lower: Name` Surety #1

Private Offset Account # `SS# without dashes`

Surety #1
Seal/Right Thumbprint

/S/ _____
Surety#2:

`Upper-Lower: Name`, Surety #2

Private Offset Account # `SS# without dashes`

Surety #2
Seal/Right Thumbprint

/S/ _____
Principal:

`Upper-Lower: Name`, Principal

Private Offset Account # `SS# without dashes`

Principal
Seal/Right Thumbprint

We Solemnly attest as Witness, to the authenticity of the foregoing Initials(s), Seal(s), and Signature(s) placed upon this Document on this, the `2nd` Day of `May` in the year `Two Thousand and Nine`.

Witness #1 _____

/s/ _____      Living Location    c/o _____

_____

_____

Witness #2 _____

/s/ _____      Living Location    c/o _____

_____

_____

Page 6 of 6   Bond Number `YOURBOND#` United States Post Office Registered Mail Number `RR 123456789US`

EXHIBIT F - 000025

SW SHADY-00001729



# REGISTERED BONDED PROMISSORY NOTE

## $10,000,000.00

**NEGOTIABLE**              Ten Million United States Dollars              **NEGOTIABLE**

### NOTE NUMBER YOURBOND#

### USPO REGISTERED MAIL # REGISTERED MAIL #

**Pay to the Order of:**   THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE    *Bank of Am.*
c/o TIMOTHY F. GEITHNER, TRUSTEE OF THE US BANKRUPTCY, & ACCOUNT HOLDER
*& CFO at Bank*

**In the Amount of:**   TEN MILLION DOLLARS
*Bank of Am.*

**For Credit to:**   Account Holder, For ALL CAP NAME Account Number on Statement,
*#s + write out.*   Exact Amount <u>Showing On Statement</u> plus interest, penalties, and, extra fees for the
benefit of ALL CAP NAME.   *Only used to pay Debt for someone else.*

**Routing Through:**   Private Offset & Discharge Bond Number List Offset & Discharge Bond Number
c/o SECRETARY OF THE TREASURY, TIMOTHY F. GEITHNER

This negotiable instrument, tendered lawfully by Upper-Lower: Name, ("Maker") in good faith shall evidence as
a debt to the Payee pursuant to the following terms: This is an unconditional promise to pay.

1.   This Note shall be posted <u>in full</u> dollar for dollar pursuant to the Credit order noted above and presented to
the Payee, UNITED STATES DEPARTMENT OF THE TREASURY c/o, TRUSTEE OF THE US
BANKRUPTCY, TIMOTHY F. GEITHNER.  After discharge of the debt, the balance of the funds are to be
credited to the US Treasury to be used for the benefit of the same.

2.   Payee shall, upon receipt of this instrument, charge account SS# With Dashes via Pass-Through Account
SS# No Dashes  for the purpose of terminating any past, present, or future liabilities express or implied
attached or attributed to SS# No Dashes. This is a public debt obligation of the United States.

3.   Payee shall ledger this Note for a period of six months commencing the start of business on  Date of Issue,
until close of business Date of Maturity, not to exceed 180 days, at an interest rate equal to the current rate
per annum, and

4.   Upon maturity, this Note shall be due and payable in full with interest and any associated fees.  Payment
shall be ledgered against *Private Offset Bond Number Offset Bond Number*, USPO Registered Mail Tracking
Number, Registered Mail Number From Offset Bond held and secured by TIMOTHY F. GEITHNER,
SECRETARY OF THE US TREASURY. Void where prohibited by law.

*Bank name*

INTERNAL REVENUE SERVICE
ATTN: OPERATIONS MGR,
            ACCTS MANAGEMENT 2
ANNA S. MEDLOCK
P. O. BOX 149338
AUSTIN, TX 78714-9338

TIMOTHY F. GEITHNER
DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, D.C.  20220

Upper-Lower: Name
c/o Upper Lower Address
City, State
Non Domestic w/o the US

_____                    _____
Date                                        Signature

EXHIBIT F - 000026

SW SHADY-00001730