**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00392-CMA-04

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**4.**     **CLARA M. MUELLER,**

      Defendant.

---

## ORDER DIRECTING PHYSICAL EVALUATION

---

This matter is before the Court on Defendant's Unopposed Motion To Determine Competency (Doc. #226).   Defendant requests that an appropriate examination be conducted by a medical doctor, as her issues stem from a medical condition -- a stroke. Upon review of the motion and the case file, the Court hereby GRANTS the motion and ORDERS as follows:

The Defendant currently resides in an assisted living facility, with 24-hour nursing support.   Defendant has contacted Dr. Richard Martinez, M.D., who holds the Robert D. Miller Professorship of Psychiatry and Law at the University of Colorado Medical School.   Dr. Martinez has indicated that he is available to perform such a physical exam of Defendant Mueller, depending upon the time line, and that if he is not, one of his fellows would be available.   The government does not oppose Dr. Martinez performing said exam.   For the reasons set forth in Defendant's Motion, and pursuant to 18 U.S.C.

§ 4241(a), the Court ORDERS that Defendant Clara M. Mueller undergo a full physical

exam in order to determine whether she is competent to stand trial and to assist properly

in her defense, and the extent of assistance she will require at trial if she is deemed

competent to stand trial.   It is

FURTHER ORDERED that upon completion of said examination, a report thereof

shall be sent to Defendant Mueller's counsel, who shall be responsible for filing said

report with the Clerk of the Court UNDER RESTRICTION LEVEL 2, with access to both

government and defense counsel for Defendant Mueller.

IT IS FURTHER ORDERED that, depending upon the conclusions of such

examination report, the Court may set the matter of competency for a hearing under

18 U.S.C. § 4241.   It is

FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of

delay resulting from these competency proceedings shall be excluded in computing the

time within which trial must commence under 18 U.S.C. § 3161(c).

DATED:  July   16  , 2014

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge