**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-000392-CMA

UNITED STATES OF AMERICA,
Plaintiff,

v.

#4 CLARA M. MUELLER
Defendant.

---

DEFENDANT CLARA MUELLER'S PROPOSED LANGUAGE TO ORDER
PERMITTING CONTACT WITH CO-DEFENDANT MIMI VIGIL

---

Defendant Clara Mueller, Defendant #4, by and through counsel, hereby requests the Court enter an Order to allow contact between herself and co-defendant Mimi Vigil. Defendant requests the Court enter its Order with the following language:

1.  Ms. Vigil will not bring up, discuss this case (13-cr-00392-CMA) with Ms. Mueller.

2.  Ms. Vigil will not show, distribute or otherwise disseminate any documents or discovery related to this case (13-cr-00392-CMA).

3.  Ms. Vigil will not disclose to any person, whether patient or employee, of the assisted living facility in which Ms. Mueller resides.

Wherefore, defendant prays the Court grant the defendant's request to have contact with co-defendant Ms. Vigil with the suggestions listed above.

DATED at Denver, Colorado this,  16 day of July,  2014.

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy.
Suite 100
Golden, CO 80401
303-907-9516
miller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Motion was delivered, via the ECF system for the District of
Colorado to all parties, this 16th day of July, 2014.

/s/ Miller Leonard