# EXHIBIT 3

**Form 1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return 2005** (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2005, or other tax year beginning _____, 2005, ending _____, 20___   OMB No. 1545-0074

**Label** (See instructions)
Your first name MI: DIMI
Last name: VIGIL
Your social security number: 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

If a joint return, spouse's first name MI / Last name
Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.
5490 HARTSEL DR # E
Apartment no.

City, town or post office. If you have a foreign address, see instructions.
COLORADO SPRINGS   State: CO   ZIP code: 80909

You must enter your social security number(s) above.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ► ☐ You ☐ Spouse

**Filing Status** (Check only one box)
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above & full name here ►
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse
Boxes checked on 6a and 6b: 1

c Dependents:
(1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs)

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
Add numbers on lines above ► 1

If more than four dependents, see instructions.

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|------|-------------|--------|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 14,805. |
| 8a | Taxable interest. Attach Schedule B if required | 0. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualifd divs (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions 15a / b Taxable amount (see instrs) 15b | |
| 16a | Pensions and annuities 16a / b Taxable amount (see instrs) 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a / b Taxable amount (see instrs) 20b | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 14,805. |

**Adjusted Gross Income**

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instrs) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid b Recipient's SSN | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction (see instructions) | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ► | 14,805. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   Form 1040 (2005)

RESEARCH DONE
ENVELOPE POSTMARK DATE DEC 1 1 2008
RECEIVED JAN 0 9 2009 PRP 903
RECEIVED DEC 0 5 2009 OCSC
GRAND JURY EXHIBIT
EVIDENCE OBTAINED BEFORE FEDERAL GRAND JURY
DATE 9-25-13
GRAND JURY NO. 2012-2

Form 1040 (2005)   MIMI VIGIL                                       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     Page 2

| | | | Amount |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 14,805. |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. Total boxes checked ▶ 39a | |
| | b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | |
| Standard Deduction for — | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 5,000. |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 9,805. |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 3,200. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 6,605. |
| • All others: | 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 663. |
| Single or Married filing separately, $5,000 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| | 46 | Add lines 44 and 45 ▶ | 663. |
| | 47 | Foreign tax credit. Attach Form 1116 if required ............ 47 | |
| Married filing jointly or Qualifying widow(er), $10,000 | 48 | Credit for child and dependent care expenses. Attach Form 2441 ... 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R .... 49 | |
| | 50 | Education credits. Attach Form 8863 ............ 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 ... 51 | |
| Head of household, $7,300 | 52 | Child tax credit (see instructions). Attach Form 8901 if required .......... 52 | |
| | 53 | Adoption credit. Attach Form 8839 ............ 53 | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8859 ............ 54 | |
| | 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form ___ 55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 663. |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 1,133. |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | |
| | 62 | Household employment taxes. Attach Schedule H | |
| | 63 | Add lines 57-62. This is your total tax ▶ | 1,796. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 ...... 64 | 373,965. |
| | 65 | 2005 estimated tax payments and amount applied from 2004 return ...... 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) ............ 66a | |
| | b | Nontaxable combat pay election ▶ 66b | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) ....... 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 ............ 68 | |
| | 69 | Amount paid with request for extension to file (see instructions) ........ 69 | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885  70 | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ▶ | 373,965. |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | 372,169. |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want **refunded to you** | 372,169. |
| | ▶ b | Routing number   102101111   ▶ c Type: ☒ Checking ☐ Savings | |
| | ▶ d | Account number   502814 | |
| | 74 | Amount of line 72 you want applied to your 2006 estimated tax ▶ 74 | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions ▶ | |
| | 76 | Estimated tax penalty (see instructions) ............ 76 | |

**Third Party Designee** — Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No

Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: /s/ Mimi Vigil    Date: 12/10/08    Your occupation: AUTHORIZED REPRESENTATIVE    Daytime phone number:

Spouse's signature. If a joint return, both must sign. ▶   Date:   Spouse's occupation:

**Paid Preparer's Use Only**

| Preparer's signature ▶ | /s/ | Date 1/28/08 | Check if self-employed ☒ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | NUMBERS AND BEYOND 5996 PINE RIDGE DR ELIZABETH                                        CO   80107 | | EIN 57-4684327 Phone no. | |

Form **1040** (2005)

FDIA0112  11/07/05

GJ-00000263

Schedule B (Form 1040) 2005     OMB No. 1545-0074     Page 2

Name(s) shown on Form 1040.
MIMI VIGIL

Your social security number
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

## Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. **08**

**Part I**
**Interest**

(See instructions for Form 1040, line 8a.)

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address | |
| | MISTAR FINANCIAL | 373,965. |
| | Subtotal | 373,965. |
| | OID Adjustment RETURN PRINCIPAL TO ORIGINATOR AND SURETY | -373,965. |
| 2 | Add the amounts on line 1 | 0. |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a | 0. |

Note. If line 4 is over $1,500, you must complete Part III.

**Part II**
**Ordinary**
**Dividends**

(See instructions for Form 1040, line 9a.)

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | Amount |
|---|---|
| 5 List name of payer ... ▶ | |
| 6 Add the amounts on line 5. Enter the total here and on Form 1040, line 9a | |

Note. If line 6 is over $1,500, you must complete Part III.

**Part III**
**Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2005, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b If 'Yes,' enter the name of the foreign country .. ▶ | | |
| 8 During 2005, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions | | X |

BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0401   07/29/05    Schedule B (Form 1040) 2005

GJ-00000264

| Form **4137** | Social Security and Medicare Tax on Unreported Tip Income | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See instructions. ► Attach to Form 1040. | **2005** Attachment Sequence No. 24 |

Name of person who received tips (as shown on Form 1040). If married, complete a separate Form 4137 for each spouse with unreported tips.
MIMI VIGIL

Social security number
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

Name(s) of employer(s) to whom you were required to, but did not, report your tips:

_____

_____

| | | | |
|---|---|---|---|
| 1 | Total cash and charge tips you **received** in 2005 (see instructions) | 1 | 14,805. |
| 2 | Total cash and charge tips you **reported** to your employer in 2005 | 2 | |
| 3 | Subtract line 2 from line 1. This amount is income you **must** include in the total on Form 1040, line 7 | 3 | 14,805. |
| 4 | Cash and charge tips you received but did not report to your employer because the total was less than $20 in a calendar month (see instructions) | 4 | |
| 5 | Unreported tips subject to Medicare tax. Subtract line 4 from line 3. Enter here and on line 2 of Schedule U below | 5 | 14,805. |
| 6 | Maximum amount of wages (including tips) subject to social security tax | 6 | 90,000. |
| 7 | Total social security wages and social security tips (total of boxes 3 and 7 on Form(s) W-2) or railroad retirement (tier 1) compensation | 7 | |
| 8 | Subtract line 7 from line 6. If line 7 is more than line 6, enter -0- here and on line 9 and go to line 11 | 8 | 90,000. |
| 9 | Unreported tips subject to social security tax. Enter the **smaller** of line 5 or line 8 here and on line 1 of Schedule U below. If you received tips as a federal, state, or local government employee, see instructions | 9 | 14,805. |
| 10 | Multiply line 9 by .062 | 10 | 918. |
| 11 | Multiply line 5 by .0145 | 11 | 215. |
| 12 | Add lines 10 and 11. Enter the result here and on Form 1040, line 59 ► | 12 | 1,133. |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4137** (2005)

- - - - - - - - - - - - - - - - - - - - - - - Do Not Detach - - - - - - - - - - - - - - - - - - - - - - -

| SCHEDULE U (Form 1040) | U.S. Schedule of Unreported Tip Income | |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For crediting to your social security record | **2005** |

**Note:** The amounts you report below are for your social security record. This record is used to figure any benefits, based on your earnings, payable to you and your dependents or your survivors. Fill in each item accurately and completely.

Print or type name of person who received tip income (as shown on Form 1040)
MIMI VIGIL

Social security number
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

Address (number and street, or P.O. box if mail is not delivered to your home)
3578 HARTSEL DR # E

Apartment no.

Occupation
AUTHORIZED REPRESENTATIVE

City, town or post office
COLORADO SPRINGS

State  ZIP code
CO  80909

| | | | |
|---|---|---|---|
| 1 | Unreported tips subject to social security tax. Enter the amount from line 9 (Form 4137) above ► | 1 | 14,805. |
| 2 | Unreported tips subject to Medicare tax. Enter the amount from line 5 (Form 4137) above ► | 2 | 14,805. |

Please do not write in this space

DLN—

BAA                 FDIA4001  12/12/05                 Schedule **U** (Form 1040) 2005

GJ-00000265

MIMI VIGIL                     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                    1

**Supporting Statement of:**

Schedule B/Adjustment amount int-1

| Description | Amount |
|---|---|
| RETURN PRINCIPAL TO ORIGINATOR AND SURETY | 373,965.00 |
| Total | 373,965.00 |