# EXHIBIT 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Department of the Treasury
   IRS Service Center
   Kansas City, MO
   64999

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   INTERNAL REVENUE SERVICE
   KANSAS CITY, MO 64999-0002

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 0220 0004 6412 4964

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EVIDENCE RETURNED BEFORE
DATE EVIDENCE RETURNED JURY
DATE: 5/23/—
GRAND JURY NO:
FOREMAN:

GRAND JURY EXHIBIT

GJ-00000495

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4 in this box •

Clara Mueller
8620 Braewood Pt #2
Colorado Springs, Co 80920

GTB



GJ-00000497

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

### Important Reminders:

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "*Restricted Delivery*".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

GJ-00000498

```
              TEMPLETON STA
          Colorado Springs, Colorado
                  809189998
               0723550618 -0096
02/25/2009      (719)570-5462     04:04:55 PM

  ─────────────  Sales Receipt  ─────────────
Product              Sale  Unit       Final
Description          Qty   Price      Price

KANSAS CITY MO 64999                  $1.34
Zone-4 First-Class
Large Env
 3.40 oz.
 Return Rcpt (Green Card)             $2.20
 Certified                            $2.70
 Label #:          70070220000464124964
                                    ========
 Issue PVI:                           $6.24


Total:                                $6.24

Paid by:
Cash                                 $20.25
Change Due:                         -$14.01

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000400781356
Clerk: 08

    All sales final on stamps and postage
     Refunds for guaranteed services only
         Thank you for your business
*******************************************
*******************************************
           HELP US SERVE YOU BETTER

         Go to: http://gx.gallup.com/pos

           TELL US ABOUT YOUR RECENT
                POSTAL EXPERIENCE

             YOUR OPINION COUNTS
*******************************************
*******************************************


                   Customer Copy
```

GJ-00000499











# CERTIFICATE OF SERVICE

On February 25, 2009, I mailed to:

DEPARTMENT OF THE TREASURY
IRS SERVICE CENTER
KANSAS CITY, MISSOURI
  64999

the papers identified as:

1. 2008 1099-OID and 1096 Transmittal
2. 2007 1099-OID and 1096 Transmittal
3. 2006 1099-OID and 1096 Transmittal
4. 2005 1099-OID and 1096 Transmittal
5. 2004 1099-OID and 1096 Transmittal
6. 2003 1099-OID and 1096 Transmittal

by mailing it in a pre-paid envelope, addressed to the recipient named above, bearing Certified Mail #7007 0220 0004 6412 4964   (IRS forms for GEORGE T BROKAW)

Dated 2/25/09

_____            3/11/2012
Notary public                      My commission expires

CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/11/2012

MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 05/11/2012

George T. Brokaw  
2260 Palm Drive  
Colorado Springs, Colorado  
      80918

Feb. 25, 2009

Department of the Treasury  
IRS Service Center  
Kansas City, Missouri  
      64999

Dear IRS;

I have included 1099-OID forms and 1096 Transmittal forms for the years 2003 through 2008. 2003 forms are copies for that is what IRS supplies sent me. They did not send originals.

Sincerely:

George T. Brokaw

## Form 1099-OID (2008) — Form 1

**9696** ☐ VOID ☐ CORRECTED

- PAYER'S name, address: First National Bank, P.O. Box 270, Las Animas, CO 81054-0270
- PAYER'S federal identification number: 84-0248743
- RECIPIENT'S identification number: 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
- 1 Original issue discount for 2008: $79,099.71
- 4 Federal income tax withheld: $79,099.71
- 5 Description: Bank Account Acct # 200501677
- Account number: 200501677
- Form 1099-OID — Copy A

## Form 1099-OID (2008) — Form 2

**9696** ☐ VOID ☐ CORRECTED

- PAYER'S name, address: Wells Fargo Bank, P.O. Box 5247, Denver, CO 80274
- PAYER'S federal identification number: 95-3233208
- RECIPIENT'S identification number: 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
- RECIPIENT'S name: G T B
- 1 Original issue discount for 2008: $13,278.89
- 4 Federal income tax withheld: $13,278.89
- 5 Description: Bank Account Acct # 500-5155729
- Account number: 500-5155729

## Form 1099-OID (2008) — Form 3

**9696** ☐ VOID ☐ CORRECTED

- PAYER'S name, address: American Express, P.O. Box 650448, Dallas, TX 75265-0448
- PAYER'S federal identification number: 13-3133497
- RECIPIENT'S identification number: 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
- 1 Original issue discount for 2008: $5000.00
- 4 Federal income tax withheld: $5000.00
- 5 Description: credit card Acct # 3728 638889 31004
- Account number: 3728 638889 31004

2008

**2007**

## Form 1099-OID (1st)

- 9696
- PAYER: First National Bank, P.O. Box 270, Las Animas, CO 81054-0270
- PAYER'S federal identification number: 84-0248743
- RECIPIENT'S identification number: 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
- Box 1 Original issue discount for 2006: $66,623.80
- Box 4 Federal income tax withheld: $66623.80
- Box 5 Description: Bank Account Acct # 200501677
- Account number: 200501677

## Form 1099-OID (2nd)

- 9696
- PAYER: Wells Fargo Bank, P.O. Box 5247, Denver, CO 80274
- PAYER'S federal identification number: 95-3233208
- RECIPIENT'S identification number: 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
- Box 1 Original issue discount for 2006: $26,171.52
- Box 4 Federal income tax withheld: $26171.52
- RECIPIENT'S name: George T. Brokaw
- Box 5 Description: Bank Account Acct # 500-5155729
- Account number: 500-5155729

## Form 1099-OID (3rd)

- 9696
- PAYER: Washington Mutual Bank, P.O. Box 660433, Dallas, TX 75266-0433
- PAYER'S federal identification number: 68-0172274
- RECIPIENT'S identification number: 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
- Box 1 Original issue discount for 2006: $6222.00
- Box 4 Federal income tax withheld: $6222.00
- Box 5 Description: Credit Bank Account Card 4121-3723-0000-1863
- Account number: 4121-3723-0000-1863

## Form 1099-OID (2007)

**9696** ☐ VOID ☐ CORRECTED

**PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
American Express
P. O. Box 650448
Dallas, TX 75265-0448

**1 Original issue discount for 2006:** $5000.00

**2 Other periodic interest:** 

OMB No. 1545-0117
Form 1099-OID

**PAYER'S federal identification number:** 13-3133497

**RECIPIENT'S identification number:**

**3 Early withdrawal penalty:**

**4 Federal income tax withheld:** $5000.00

**5 Description:** Credit Card Acct. # 3728 638889 31004

**RECIPIENT'S name:**

**Street address (including apt. no.):**

**6 Original issue discount on U.S. Treasury obligations:**

**City, state, and ZIP code:**

**7 Investment expenses:**

**Account number (see instructions):**

Copy A
For Internal Revenue Service Center
File with Form 1096.
For Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

---

**9696** ☐ VOID ☐ CORRECTED — [blank form 1099-OID 2007]

---

**9696** ☐ VOID ☐ CORRECTED — [blank form 1099-OID 2007]

## Form 1099-OID (2006) — Form 1

- **9696**
- VOID ☐   CORRECTED ☐
- **PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
  Chrysler Financial
  2050 Roanoke RD
  Westlake, TX 76262-9616
- **1 Original issue discount for 2006:** $24,304.48
- **2 Other periodic interest:** $
- **OMB No. 1545-0117** — 2006 — Form 1099-OID
- **PAYER'S federal identification number:** 38-3536414
- **RECIPIENT'S identification number:** 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
- **3 Early withdrawal penalty:** $
- **4 Federal income tax withheld:** $24,304.48
- **RECIPIENT'S name:** George T. Brokaw
- **5 Description:** Credit Account   Acct. # 1004555125
- **Street address:** 2260 Palm Drive
- **6 Original issue discount on U.S. Treasury obligations:** $
- **City, state, and ZIP code:** Colorado Springs, CO 80918
- **7 Investment expenses:** $
- **Account number:** 1004555125
- Copy A For Internal Revenue Service Center

---

## Form 1099-OID (2006) — Form 2

- **9696**
- VOID ☐   CORRECTED ☐
- **PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
  Security Service Fed. Credit Union
  310 E. Abriendo Ave
  Pueblo, CO 81004-4298
- **1 Original issue discount for 2006:** $29,928.00
- **2 Other periodic interest:** $
- **OMB No. 1545-0117** — 2006 — Form 1099-OID
- **PAYER'S federal identification number:** 74-1277697
- **RECIPIENT'S identification number:** 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
- **3 Early withdrawal penalty:** $
- **4 Federal income tax withheld:** $29,928.00
- **RECIPIENT'S name:** George T. Brokaw
- **5 Description:** Credit Account # 4624918020
- **Street address:** 2260 Palm Drive
- **6 Original issue discount on U.S. Treasury obligations:** $
- **City, state, and ZIP code:** Colorado Spring, CO 80918
- **7 Investment expenses:** $
- **Account number:** 4624918020
- Copy A For Internal Revenue Service Center

---

## Form 1099-OID (2006) — Form 3

- **9696**
- VOID ☐   CORRECTED ☐
- **PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
  Bank of America
  P.O. Box 17309
  Baltimore MD 21297-1309
- **1 Original issue discount for 2006:** $8000.00
- **2 Other periodic interest:** $
- **OMB No. 1545-0117** — 2006 — Form 1099-OID
- **PAYER'S federal identification number:** 94-1687665
- **RECIPIENT'S identification number:** 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
- **3 Early withdrawal penalty:** $
- **4 Federal income tax withheld:** $8000.00
- **RECIPIENT'S name:** (blank)
- **5 Description:** Credit Card   Acct # 4888 6031 3275 1249
- **Street address:** (blank)
- **City, state, and ZIP code:** (blank)
- **7 Investment expenses:** $
- **Account number:** 4888 6031 3275 1249
- Copy A For Internal Revenue Service Center

## Form 1099-OID — 2005

**9696** ☐ VOID ☐ CORRECTED

**PAYER:** Wells Fargo Bank, P.O. Box 5247, Denver, CO 80274
- Box 1 Original issue discount for 2005: $57,817.47
- Box 4 Federal income tax withheld: $57,817.47
- PAYER'S federal identification number: 95-3233208
- RECIPIENT'S identification number: 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
- Box 5 Description: Bank Account Acct.# 500-5155729
- Account number: 500-5155729

---

**9696** ☐ VOID ☐ CORRECTED

**PAYER:** Key Bank, P.O. Box 93885, Cleveland, Ohio
- Box 1 Original issue discount for 2005: $20,000.00
- Box 4 Federal income tax withheld: $20,000.00
- Box 5 Description: Bank Account Acct.# 760192020633
- Account number: 760192020633

---

**9696** ☐ VOID ☐ CORRECTED

**PAYER:** American Express, P.O. Box 650448, Dallas TX 75265-0448
- Box 1 Original issue discount for 2005: $5,000.00
- Box 4 Federal income tax withheld: $5,000.00
- PAYER'S federal identification number: 13-3133497
- RECIPIENT'S identification number: 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
- Box 5 Description: Credit Card Acct.# 3728 638889 31004
- Account number: 3728 638889 31004

## Form 1099-OID (2004) — First

**9696** ☐ VOID ☐ CORRECTED

**2004**

PAYER'S name, street address, city, state, ZIP code, and telephone no.:
Wells Fargo Bank
P.O. Box 5247
Denver, CO 80274

1 Original issue discount for 2004: $55,140.59

OMB No. 1545-0117
Form 1099-OID

PAYER'S federal identification number: 95-3233208
RECIPIENT'S identification number: 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

4 Federal income tax withheld: $55,140.59

RECIPIENT'S name: G T B

5 Description: Bank Account Act# 500-5155729

Account number: 500-5155729

Copy A — For Internal Revenue Service Center

## Form 1099-OID (2004) — Second

**9696** ☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.:
Key Bank
P.O. Box 93885
Cleveland, Ohio 44101

1 Original issue discount for 2004: $50,000.00

OMB No. 1545-0117
Form 1099-OID

PAYER'S federal identification number: 34-0797957
RECIPIENT'S identification number: 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

4 Federal income tax withheld: $50,000.00

5 Description: Bank Account Act# 760192020633

Account number: 760192020633

Copy A — For Internal Revenue Service Center

## Form 1099-OID (2004) — Third (blank)

**9696** ☐ VOID ☐ CORRECTED

[Form blank]

**Form 1099-OID (2003) — Original Issue Discount, Copy A**

- 9696
- VOID / CORRECTED
- PAYER'S name, street address, city, state, ZIP code, and telephone no.:
  Wells Fargo Bank
  P.O. Box 5247
  Denver, CO 80274
- 1 Original issue discount for 2003: $148,341.19
- PAYER'S federal identification number: 95-3233208
- RECIPIENT'S identification number: 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
- 4 Federal income tax withheld: $148,341.19
- 5 Description: Bank Account Acct # 500-5155729
- Account number: 500-5155729

---

**Form 1099-OID (2003) — second form on page (blank)**

- 9696
- VOID / CORRECTED

---

**Form 1099-OID (2003) — third form on page (blank)**

- 9696
- VOID / CORRECTED