# EXHIBIT 8

| | |
|---|---|
| | **Message0396** |
| Subject: | RE: Friv File Response1.doc |
| From: | John Pawelski |
| Date: | 6/3/2009 11:51:10 AM |
| To: | 'Curtis' |

**Message Body**

The letter is sent to George because he is the head of TICTA. The rats that investigate the rats. Anyway, you had sent this to me a while ago and I just tweaked it to fit my status. Thanks for the overview.

John Pawelski

Asset Based Funding

1480 Commanchero Dr.

Suite A

Colorado Springs, Colo. 80915

(719)597-7702

(206) 309-7032 (fax)

-----Original Message-----
From: Curtis [mailto:effnbks@myedl.com]
Sent: Tuesday, June 02, 2009 5:44 PM
To: abfloans@comcast.net
Subject: RE: Friv File Response1.doc


Sounds like a Creditor response. Looks pretty good from here. I wonder why are people addressing them to George now? I have seen this and he is responsible for fraud on securities is my understanding but Shulman is responsible for the IRS is my understanding. Otherwise Let her rip.
Curtis Morris

Have a great day.

-----Original Message-----
From: John Pawelski [mailto:abfloans@comcast.net]
Sent: Tuesday, June 02, 2009 5:08 PM
To: Curtis Morris
Subject: Friv File Response1.doc

TRUE COPY RETURNED BEFORE FEDERAL GRAND JURY

DATE: 9/23/13
GRAND JURY NO: 2012-2
FOREMAN: [signature]

GRAND JURY EXHIBIT
20
12-2
PENGAD-Bayonne, N.J.

GJ-00000420

```
Date: Mon, 5 Jan 2009 10:37:52 -0700
Organization: John
Message-ID: <001601c96f5c$569b1c10$6501a8c0@john1>
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_0017_01C96F21.AA3C4410"
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.6838
Importance: Normal
Thread-Index: AclvTF1IpVXQ5O5mQFilHr6EkyWj/AAD9fxw
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3350
In-Reply-To: <1598311363-1231170211-cardhu_decombobulator_blackberry.rim.net-1364540146-
@bxe255.bisx.prod.on.blackberry>
```

Curtis,
Please evaluate this response to IRS based on the letter you sent. I would like to send it out by Thursday.
Thanks,
John

_____

JOHN J PAWELSKI

1480 COMMANCHERO DR.

COLORADO SPRINGS, CO. 80915


J. Russell George
June 2, 2009

Inspector General for Tax Administration

Department of the Treasury

1500 Pennsylvania Avenue NW

Washington, DC 20220


Re: John J PAWELSKI

Re: Erroneous IRS records and penalty assertions

Re: Letters CP15 – June 1, 2009 for tax years 2004 and 2006

Re: 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 - Form 1040 - Dec 31, 2004 and Dec. 31, 2006


Dear Inspector George:

I am the secured party creditor for JOHN J PAWELSKI and am requesting your prompt assistance and correction of incorrect IRS account records and unlawful penalty 'assertions' for JOHN J PAWELSKI. JOHN J PAWELSKI is being 'railroaded' by IRS employees under color of law.

   I filed a fully valid, correct, complete, and timely Form 1040 - U.S. Individual Income Tax Return in November, 2008 for tax year 2004

and 2006 for JOHN J PAWELSKI. The filing is a request for a refund and is signed as true, correct and complete under penalty of perjury. The return is prepared from first-hand knowledge and the assistance of a knowledgeable tax preparer. The return is correcting (on valid IRS forms with valid OMB numbers) transactions that were either unreported or misreported by others. The return is a direct claim for refund of overpaid and/or withheld funds.

    JOHN J PAWELSKI is being subjected to delays, penalty 'assertions' and accusations. This is outrageous and is clearly illegal, and gives the impression that the IRS can do whatever it pleases under color of law, even when the law stipulates otherwise.

    IRS has threatened to impose and assess a $5,000 penalty for filing the return. Either the person who 'asserted' these penalties does not know what the law says, or chooses to operate in defiance of it, to the detriment of JOHN J PAWELSKI. This clearly violates 26 USC 7214 and others.

    JOHN J PAWELSKI is being subjected to false 'claims' and penalty 'assertions,' even though the revenue laws have been fully followed as written. The IRS has submitted no signed, sworn proof of any liability that differs from the return. (See IRC § 6201(d), 6703(a), 6751(b)(1)). As the secured party for JOHN J PAWELSKI, I demand to have a signed, sworn assessment and proof of liability, if one exists, that differs from the return. If such proof of liability does not exist, then I demand a full retraction of your Letters CP15, dated June 1, 2009. The return is still valid, true, correct, and complete to the best of my knowledge, and is signed under penalty of perjury.

    The whole basis of this penalty 'assertion' is in error, is incorrect, unlawful, and void. Please remove all 'frivolous' penalty threats at once, and process the return and submit the full refund, plus interest, within 45 days from the date of this letter.

    The following Affidavit of Truth states the facts in this matter and must be rebutted point-for-point individually, and accompanied by lawful documentation within 15 days of the date of this letter.

    Notice is hereby given that failure to rebut point-for-point the AFFIDAVIT OF TRUTH below shall be construed as constructive silence and concealment of incriminating evidence and shall create the legal presumption or conclusion that the authorities stated by the IRS do not exist and that the IRS agent(s) has/have acted individually under color of law or under pretense of law and not as an agent for the IRS and that such agent(s) is/are involved in fraud or extortion. If the IRS should choose to authorize activities by such agent in conflict with statutory or delegated authority, it shall be constructive evidence that the IRS is involved in fraud and extortion.

Affidavit of Truth

State of COLORADO )

                ) JURAT

County of EL PASO )

1. There is no evidence that the penalty threatened by INTERNAL REVENUE SERVICE has any basis in Title 26 USC or Internal Revenue Code (IRC).

2. There is no evidence that the return is not valid, true, correct, complete, and of first-hand knowledge.

3. There is no evidence that the return is not signed under penalty of perjury.

4. There is no evidence that the return does not clearly show all required items of income, deductions, credits and withheld funds, etc.

5. There is no evidence that the return is not in full agreement with supporting documentation and information filings.

6. There is no evidence that the return did not properly identify withheld funds that were previously unreported by others.

7. There is no evidence that information filings (ie. 1099-A and 1099-OID) did not clearly show where the unreported withheld funds are being held.

8. There is no evidence that the return is not requesting a valid, true, correct and complete refund of overpaid and/or withheld funds.

9. There is no evidence that the refund as requested by the return is not valid and due.

10. There is no evidence that we have taken any position identified by the Secretary as frivolous under 26 USC 6702 (a) or (c).

11. There is no evidence that the return is based on a position which the Secretary has identified as frivolous under 26 USC 6702 (a) or (c).

12. There is no evidence that the return is not based in law and tax

code.

13. There is no evidence that there is a desire to delay or impede the administration of federal tax laws.

14. There is no evidence that the transactions are not correctly reporting (previously unreported or misreported by others) to cause the proper application and administration of federal tax laws by the IRS.

15. There is no evidence that failure to make certain information filings (ie. 1099-A and 1099-OID) would not make JOHN J PAWELSKI liable for "Penalties for Failure-To-File Certain Information Returns or Furnish Certain Statements".

16. There is no evidence that the return was not submitted on valid IRS forms with valid OMB numbers.

17. There is no evidence that correcting or withdrawing the return is not unlawful and/or frivolous.

18. There is no evidence that correcting or withdrawing the return would not make JOHN J PAWELSKI liable for a "Failure-To-File Penalty".

    The above must be rebutted point-for-point individually, and accompanied by lawful documentation within 15 days of the date of this letter. Failure to properly respond through the Notary Presenter shall be construed as constructive silence and concealment of incriminating evidence and shall create the legal presumption or conclusion that the authorities stated by the IRS do not exist.

    Thank you for your prompt attention to this critical matter.
Please send all responses to:

John J PAWELSKI

    ℅ Mimi Vigil, Notary Presenter

    3578 Hartsel Drive #E

    Colorado Springs, Colorado 80920


    We hereby declare that all information herein is true, correct, complete, and of our first-hand knowledge.

    Dated this _____ day of _____ , 2009

class=Section2>

_____

John-Joseph :Pawelski

Secured party creditor and authorized representative

    for JOHN J PAWELSKI

℅ 1480 Commanchero Dr.

Colorado Springs, Colorado; near [80915]

non-domestic without the US


class=Section3>

State of COLORADO  )

                ) JURAT

County of EL PASO  )


On this day before me, _____ , personally appeared John-Joseph :Pawelski to me on the basis of satisfactory evidence to be the person who attested and subscribed to the within instrument, by his unlimited commercial liability, as true, correct, complete and not misleading.


Subscribed and sworn to before me, witness my hand and seal this _____ day of _____ , 2009:




       Signature of Notary

seal

Enclosures:

   Notice of Penalty Charge-Letter CP15 for tax year 2004 and 2006

   Copy of Letters CP15

   Copies Submitted 1040 - tax year 2004 and 2006

CC: Department of the Treasury, Internal Revenue Service, Holtsville, NY. 11742-0010

   Internal Revenue Service, Cincinnati, OH. 45999-0010

   Douglas H. Shulman - Commissioner of Internal Revenue

**Outlook Header Information**

Conversation Topic: Friv File Response1.doc
Sender Name: John Pawelski
Received By: Curtis Morrris
Delivery Time: 6/3/2009 11:51:10 AM
Creation Time: 6/3/2009 11:51:35 AM
Modification Time: 6/3/2009 12:45:49 PM
Submit Time: 6/3/2009 11:51:03 AM
Importance: Normal
Flags: 1 = Read
Size: 67166

**Standard Header Information**

Return-Path: <abfloans@comcast.net>
X-Original-To: effnbks@myedl.com
Delivered-To: effnbks@myedl.com
Received: from k078.smtproutes.com (k078.smtproutes.com [208.70.89.178])
 by mail.myedl.com (Postfix) with ESMTP id AA4C1A10F1
 for <effnbks@myedl.com>; Wed, 3 Jun 2009 11:51:10 -0600 (MDT)
X-Katharion-ID: 1244051469.8470.k078 (0.2)
Received: from QMTA03.emeryville.ca.mail.comcast.net ([76.96.30.32])
 by k078.smtproutes.com ([192.168.2.178])
 with ESMTP via TCP; 03 Jun 2009 17:51:07 -0000
Received: from OMTA09.emeryville.ca.mail.comcast.net ([76.96.30.20])
 by QMTA03.emeryville.ca.mail.comcast.net with comcast
 id zPmf1b0050S2fkCA3Vr4FR; Wed, 03 Jun 2009 17:51:04 +0000

```
Received: from john1 ([75.70.29.44])
 by OMTA09.emeryville.ca.mail.comcast.net with comcast
 id zVr11b0060x6TnP8VVr1DJ; Wed, 03 Jun 2009 17:51:03 +0000
Reply-To: <abfloans@comcast.net>
From: "John Pawelski" <abfloans@comcast.net>
To: "'Curtis'" <effnbks@myedl.com>
Subject: RE: Friv File Response1.doc
Date: Wed, 3 Jun 2009 11:51:03 -0600
Organization: Asset Based Funding
Message-ID: <000001c9e473$ddc72e40$6501a8c0@john1>
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_0001_01C9E441.932CBE40"
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.6838
Importance: Normal
Thread-Index: Acnj3FcTJ+SZC11QRvKdXhRBbN+JqgAjHI0w
In-Reply-To: <01ac01c9e3dc$0fbd6330$1702a8c0@linda89852c919>
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3350
```