# EXHIBIT 14

| **Message0076** |
| --- |

| **Subject:** | **RE: Tax returns** |
| --- | --- |
| **From:** | Mimi Vigil |
| **Date:** | 11/27/2008 9:20:50 AM |
| **To:** | 'Curtis' |

| **Message Body** |
| --- |

Hi Curtis,

I am ok with filing as taxable, then later oiding the taxes paid to get them
back. How did I end up with an 03 tax liability that is less than what they
show? Is it because of deductions?

I would love to get 220K back for 05! Let's go with that for now and see
what happens.

_(handwritten note in right margin:)_ not for tuith. or tn that she told numes to file?

From: Curtis [mailto:effnbks@myedl.com]
Sent: Thursday, November 27, 2008 9:10 AM
To: Mimi Vigil
Subject: Tax returns

Happy Turkey day.

I am working through these returns and I had a quick question.

At the meeting we had went over one of the returns that had recently been
reported on Redemptionbymethod yahoo group where the guy was testing his
information. He did file it electronically so that is possibly a big factor
but it seems. However he was OID'ing the federal, state and SS/Med withheld
from the w=2 items. In this recording he filed it as taxable and got his
refund back in 18 days. In addition, I spoke with someone recently that
filed in California with the help of that enrolled agent, Teresa, and she
did file his stuff as taxable and he got his refund in 3 weeks. In
preparing your returns, I know they have listed lots of penalties and
interest on your 4506=T reports but I think it might be a faster way to get
these processed and money back if we file it as taxable. It is kind of
costly on the tax paid side but I think we can also then OID the IRS for the
taxes paid in whatever year they actually get the items processed. If in
the future we do have success filing as nontaxable and getting the refund
back, we can then adjust it at a later filing that the money that was
deduced or paid in that year would be nontaxable and get back all the taxes

that were paid anyway.

On the filings that I have prepared, I have an 03 tax liability that is less than what they show on your summary sheets and the same for 04. the 1099A is only a loss, until a 1099Cis filed it appears that you don't record the loss or gain on the property (according to pub 544). From this then it looks like they did not charge you taxes on that foreclosure. If this is true then I have put together an 05 return with the OID from the Mistar Financial, which has already been sent in. In filling out the 05 return with this as taxable it gives a refund of $251,481.00 If this then gets processed and they deduct even the whole amount that they had estimated at 25K then you would get a refund of about 220K for 05.

Then we can work on any other information from 06 and 07 and we would be able to OID the taxes paid and withheld from the refund based on their statement that you would receive. The tax being assessed on the 374K loan is 122K so we could OID that whenever they finalize the return, or we base the OID on the year in which they receive the return information. I think either way is appropriate.

Lots of information to peruse and think about so let me know what you think.

Sorry it has taken me so long, I keep trying to get the most for your money and get sidetracked on other possibilities.

Curtis Morris

_____ NOD32 3644 (20081126) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

## Outlook Header Information

Conversation Topic: Tax returns
Sender Name: Mimi Vigil

Received By: Curtis Morris
Delivery Time: 11/27/2008 9:20:50 AM
Creation Time: 12/1/2008 8:09:15 PM
Modification Time: 12/1/2008 8:09:15 PM
Submit Time: 11/27/2008 9:21:02 AM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 15772

## Standard Header Information

Return-Path: <mimiv07@comcast.net>
X-Original-To: effnbks@myedl.com
Delivered-To: effnbks@myedl.com
Received: from k071.smtproutes.com (k071.smtproutes.com [208.70.89.171])
 by mail.myedl.com (Postfix) with ESMTP id C941E5C0CD
 for <effnbks@myedl.com>; Thu, 27 Nov 2008 09:20:50 -0700 (MST)
X-Katharion-ID: 1227802850.4460.k071 (2.4)
Received: from QMTA03.emeryville.ca.mail.comcast.net ([76.96.30.32])
 by k071.smtproutes.com ([192.168.2.171])
 with ESMTP via TCP; 27 Nov 2008 16:20:46 -0000
Received: from OMTA08.emeryville.ca.mail.comcast.net ([76.96.30.12])
 by QMTA03.emeryville.ca.mail.comcast.net with comcast
 id kG071a0080FhH24A3GLmAn; Thu, 27 Nov 2008 16:20:46 +0000
Received: from mobile1 ([75.70.129.189])
 by OMTA08.emeryville.ca.mail.comcast.net with comcast
 id kGLl1a00945KHCj8UGLlso; Thu, 27 Nov 2008 16:20:46 +0000
X-Authority-Analysis: v=1.0 c=1 a=nUuTZ29dAAAA:8 a=HxNElwKyUvfwNrV3sgYA:9
 a=XpJ861muZyuuavLpRXYA:7 a=KzusQVSrOaOBI77Z92wca19jikEA:4
a=VIMlwCkPPU8A:10
 a=50e4U0PicR4A:10 a=SSmOFEACAAAA:8 a=Xz8RjLcVAAAA:8
a=gcmIdTcpUI1E4TMwILYA:9
 a=ftczrnBCapqfUnA61GwA:7 a=x0NJLaVG3Rnp6Nni2vorpckaGQ0A:4 a=37WNUvjkh6kA:10
From: "Mimi Vigil" <mimiv07@comcast.net>
To: "'Curtis'" <effnbks@myedl.com>
Subject: RE: Tax returns
Date: Thu, 27 Nov 2008 09:21:02 -0700
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_0012_01C95071.781A3600"
X-Mailer: Microsoft Office Outlook, Build 11.0.5510
Thread-Index: AclQqpYetfnoqcDnTAipIh9CV4CgyAAAKDsg
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3350
In-Reply-To: <18EEE36F58511D45844F8BE08B4DC691AC0A75@partpoint-
serve.PARTpoint.local>
Message-Id: <20081127162050.C941E5C0CD@mail.myedl.com>