# EXHIBIT 27



Return address: Clara Mueller, 8620 Braeswood Pl. #2, Colorado Springs, CO 80920

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY
DATE: 5/20/13
GRAND JURY NO: 2012-2
FOREMAN: [signature]

Addressee: Maureen Green, Operations Mgr, Internal Revenue Service, 1973 N. Rulon White Bldg., Ogden, Utah 84404

First Class
Return Receipt Requested
RA 218 088 555 US
GRAND JURY EXHIBIT

Page # 134

-1-

00001853

GJ-00000048

Input from

# AFFIDAVIT OF NOTARY PRESENTMENT

State of Colorado  )
                   ) ss.
County of El Paso  )

RECEIVED
FEB 2 3 2010
FRP 303

## CERTIFICATION OF MAILING

On this 5th day of February, 20 10, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George-Thomas: Brokaw appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in envelopes and sealed by me. They were sent by United States Post Office Certified Mail number **7007 0220 0004 6415 2868** to,

    Michael J. Astrue, Commissioner Social Security
    & Sheryll Ziporkin, Associate Commissioner Social Security
    Social Security, 120 East Fourth Street, East Liverpool, Ohio 43920

AND Certified Mail #**7007 2560 0001 9692 8655** to,
    Phyllis M. Smith, Assistant Regional Commissioner Social Security
    600 West Madison Street, Chicago, Illinois 60661

AND Certified Mail #**7009 0960 0000 7067 4722** to,
    Maureen Green, Operations Manager Internal Revenue Service
    1973 N. Rulon White Bldg., Ogden, Utah 84404

|   | | Number of Pages |
|---|---|---|
| 1. | COPY OF AFFIDAVIT OF NOTARY PRESENTMENT | 1 |
| 2. | FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT | 3 |

State of Colorado  )
                   ) ss.
County of El Paso  )

WITNESS my hand and official seal.

_Clara M. Mueller_     Feb. 5, 2010    (Seal)
NOTARY PUBLIC           DATE

My commission expires: 3-11, 2012

```
CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/11/2012
```

Page # 135

-2-

00001854

GJ-00000049



**PRIVATE**
THIS IS NOT A PUBLIC COMMUNICATION

Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

## EL PASO COUNTY, COLORADO
### United States of America

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY**
ab initio ADMINISTRATIVE REMEDY
[28 U.S.C. 1333, 1337, 2461, and 2463]

NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARRASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSEES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

SILENCE IS ACQUIESCENCE, AGREEMENT, AND DISHONOR
THIS IS A SELF EXECUTING CONTRACT

DATE: 02/04/2010

## FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT

**LIBELLANT:**

George-Thomas: Brokaw, Executive Trustee for the Private Contract Trust known as GEORGE THOMAS BROKAW  Ref.  SS 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, Trust 278402356

**LIBELLEES:**

Michael J. Astrue, Commissioner, (SS)          Certified Mail # 7007 0220 0004 6415 2868
& Sheryll Ziporkin, Associate Commissioner, (SS)
Social Security (SS), 120 East Fourth Street, East Liverpool, Ohio 43920

Phyllis M. Smith, Asst. Reg. Commissioner, (SS)    Certified Mail # 7007 2560 0001 9692 8655
600 West Madison Street, Chicago, Illinois 60661

Maureen Green, Operations Manager, IRS         Certified Mail # 7009 0960 0000 7067 4722
Internal Revenue Service, 1973 N. Rulon White Bldg. Ogden, Utah 84404

This demand for payment is applicable to all successors and assigns.

Libellant is entitled to performance and stipulated damages agreed to by Libellees failure to respond or rebut the **INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY File # REGISTERED MAIL #RA 218 088 581 US** dated Dec. 16, 2009, hereinafter "ICC".
Additionally, Libellees have failed to respond to the **NOTICES OF DISHONOR AND FAULT AND OPPORTUNITY TO CURE THAT WERE DELIVERED BY NOTARY PRESENTMENT** dated **01/13/2010, FIRST NOTICE OF FAULT** and dated **01/22/2010, SECOND NOTICE OF FAULT.**

As per Libellees agreement to damages amounting to the sum certain total listed in the TRUE BILL accounting of the dishonored ICC in the following amounts, as the terms and conditions did clearly manifest, this document is a demand for payment of the agreed damages.

## FINAL DEMAND FOR SETTLEMENT AS PER AGREEMENT

Page # 136

-3-

00001855

GJ-00000050

**SUM CERTAIN PER AGREEMENT:        USD $ 72,000,000.00**
**[ Seventy Two Million USD] Per Libellee**

"Libellant reserves the right to amend and correct and adjust the Accounting and True Bill to reflect injuries due to continued trespass."

The Sum certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

## FINAL DEMAND FOR PAYMENT

Libellant grants Libellees Three (3) days, exclusive of the date of receipt, to settle by payment of the claims contained in this document. Failure to settle is a commercial dishonor [UCC3-505]. This is a UCC CONFIRMATORY WRITING and STATUTE STAPLE and is a perfected Contract upon the completion of this commercial process.

It is mandatory that if Libellee elects to respond to the foregoing, any such response must be done by delivering payment as stated in Libellant's ICC mailing location exactly as shown below:

**George-Thomas: Brokaw**, Executive Trustee for the Private Contract Trust known as **GEORGE THOMAS BROKAW**
c/o **Clara Mueller**, Notary Witness
**8620 Braeswood Pt. #2.**
**Colorado Springs, Colorado 80920**

## CONTRACTUAL FINAL NOTICE OF DEMAND AND SETTLEMENT
## FOR CLOSING OF THE ESCROW

Libellant is moving for settlement [U.C.C. 3-501 and U.C.C. Article 9] causing this **FINAL NOTICE OF DEFAULT AND DEMAND FOR SETTLEMENT** service upon the Libellees by Certified Mail. This is a commercial process within the Admiralty.

Libellees are granted Three (3) days [Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC], exclusive of the day of service to make full payment of the Sum Certain as stated above and as evidenced in Libellant's Accounting and True Bill.

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

| EL PASO COUNTY | ) | |
| --- | --- | --- |
| | ) ss. | Commercial Oath and Verification |
| COLORADO | ) | |

I, **George-Thomas: Brokaw**, Executive Trustee for **GEORGE THOMAS BROKAW**, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law.

FINAL DEMAND FOR PAYMENT AND SETTLEMENT

Page # 137

-4-

00001856

GJ-00000051

## EXPRESS SPECIFIC RESERVATION OF RIGHTS

I explicitly reserve all my Natural rights as an American Secured Party Creditor under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.

By: _____

George-Thomas: Brokaw, Executive Trustee for the Private Contract Trust known as **GEORGE THOMAS BROKAW**

## JURAT

EL PASO COUNTY     )
                   ) ss.
COLORADO           )

The above named Libellant, George Thomas Brokaw, Executive Trustee for **GEORGE THOMAS BROKAW** appeared before me, a Notary, subscribed, sworn to the truth of this contractual **FINAL NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT** for closing of the escrow.

Under oath this 5th day of February, 2010

_____
Notary                                                                 SEAL

My Commission expires  3-11-12

```
CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/11/2012
```

FINAL DEMAND FOR PAYMENT AND SETTLEMENT

Page # 138

-5-

00001857

GJ-00000052