# EXHIBIT 29

Attachment G

U.S. POSTAGE
COLORADO SPRINGS, C
$1.28
MAY 09 '11

FIRST CLASS

I R S Technical Support Division
c/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington, D C  20220

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY

DATE: 5/20/13
GRAND JURY NO: 2012-2
FOREMAN:

4BTV

2260 Palm Drive
Colo. Springs, CO
80918

GRAND JURY
EXHIBIT
9
12-2

GJ-00000109

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado [80918]

To:    Internal Revenue Service                                    May 2, 2011
       Criminal Investigation Division
       Box 192
       Covington, Kentucky 41012

Certified Mail Number: 7009 3410 0000 6319 0513

### Instructions for the Enclosed Invoices

All of the following enclosed documents have been signed and Accepted For Value and Returned for Settlement by the Authorized Representative, George Thomas Brokaw, exemption ID number 278402356,and are being submitted for immediate payment via the GEORGE THOMAS BROKAW Constructive Trust account number 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.

All settlement payments are to be made by the U.S. Treasury or its assigned agent (IRS) as Trustee.  Settlement payment is to be mailed directly to the company or deposited directly into the account via routing number if applicable, and for the benefit of the "debtor" as listed on each company invoice, or money order. (ie; memo)

Each of the following documents are being submitted under Universal Postal Union (UPU) international jurisdiction for immediate priority processing for payment and settlement.

The accounts below are listed in priority payment status.  These documents are to be processed immediately upon receipt to balance and settle all of the accounts via UPU priority jurisdiction and handling. (ie; 21 days)

TAX: TRANSACTION PRIVELEGE – Internal Revenue Service, CVL PEN Dec. 31, 1999
TAX: TRANSACTION PRIVELEGE – Internal Revenue Service, CVL PEN Dec. 31, 2000
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2001
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec.31, 2001
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2003
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2002
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2003
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2005
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2006
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2004
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2004
LOAN: FARMERS NEW WORLD LIFE INSURANCE CO.- Account # 006603250V

1

-2-

Once the above invoices have been paid and settled in full and the accounting balanced, the Department of the Treasury may use any potential overpayments (if applicable) for use as they see fit.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Acknowledgement**

**County of El Paso**       )
                           ) ss.
**State of Colorado**            )

SUBCRIBED TO AND SWORN before me this _2nd_ day of _May_, A.D. _2011_, a Notary, that George Thomas Brokaw, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ Seal:
**Notary Public**
My Commission Expires  3 / 11 / 12

> **CLARA M. MUELLER**
> **NOTARY PUBLIC**
> **STATE OF COLORADO**
> My Commission Expires 3/11/12

_May 2, 2011_
**Date Signed**

_____
**Signature of Authorized Representative**
Exemption ID Number 278402356

\*\*Note: Notary is not a party to this transaction; notary is for verification of identification and mailing.

2

-3-

GJ-00000111

## ACCOUNT INFORMATION

GEORGE  BROKAW                                                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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2004 | $128,286.74 | $16,925.73 | $14,148.73 | $159,361.20 |

07736



---

**Payment Voucher**    Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order :*

**Your Telephone Number:**          SB N      CP-91          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

( )____-_____          **Best Time to Call**          Amount you owe:          $159,361.20
                          ____ AM ____ PM          Less payments not Included
*Pay To : Internal Revenue Service*                    Adjusted amount
*The Amount of :* _____

Internal Revenue Service          GEORGE  BROKAW
PO BOX 145566          2260 PALM DR C
CINCINNATI  OH 45250-5566          COLORADO SPGS, CO   80918-7613

                                        *by : George Thomas Brokaw*
                                        *dated : May 1, 2011*

278402356 KP BROK 30 O 200412 670 00015936120

-4-



For deposit to US Treasury
For credit to Internal Revenue
Service
For Account # CP-91
form# 1040A
Signed: George Thomas Brokaw
without Recourse to
George Thomas Brokaw

-5-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2004 | $500.00 | $.00 | $158.06 | $658.06 |

07737





**Payment Voucher**    Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order:*                     SB N       CP-91
**Your Telephone Number:**         **Best Time to Call**        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

(   )   -         ____AM ____PM        Amount you owe:        $658.00
*Pay To: Internal Revenue Service*     Less payments not Included
*The Amount of,* _____           Adjusted amount

Internal Revenue Service              GEORGE T BROKAW
PO BOX 145566                         2260 PALM DR C
CINCINNATI  OH 45250-5566             COLORADO SPGS  CO  80918-7813

                                      *by: George Thomas Brokaw*
                                      *dated: May 1, 2011*

278402356 KP BROK 55 0 200412 670 0000065806

-6-

GJ-00000114

For deposit to US Treasury
For credit to Internal Revenue
Service.

For Account # CP-91
Term# CVL-PEN
Signed: George Thomas Brokaw
Without Recourse to
George Thomas Brokaw

-7-

GJ-00000115

## ACCOUNT INFORMATION

GEORGE  BROKAW                                                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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2006 | $32,979.16 | $3,802.38 | $3,742.64 | $40,524.18 |

07739



---

**Payment Voucher**     Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order :*

Your Telephone Number:          Best Time to Call          SB N     CP-91

( )_____-_____          ____ AM ____ PM          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

*Pay To:  Internal Revenue Service*          Amount you owe:     ~~$40,524.18~~
*The Amount of,* _____          Less payments not included

Internal Revenue Service          Adjusted amount
PO BOX 145566
CINCINNATI  OH 45250-5566          GEORGE  BROKAW
                                   2266 PALM DR C
                                   COLORADO SPGS  CO  80918-7813

*by :  George Thomas Brokaw*
*dated :  May 1, 2011*

278402356 KP BROK 30 0 200612 670 00004052418

-8-

GJ-00000116

For deposit To U.S. Treasury
For Credit to Internal Revenue
Service

For Account # CR-91
form# 1040 A

Signed: George Thomas Brokaw
Without Recourse to
George Thomas Brokaw

GJ-00000117

## ACCOUNT INFORMATION

GEORGE   BROKAW                                          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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2005 | $65,125.24 | $4,377.78 | $7,390.76 | $76,893.78 |

07738

---

**Payment Voucher**      Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Order:            SB N      CP-91            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

**Your Telephone Number:**           **Best Time to Call**           Amount you owe:    $76,893.78

( )___-_____            ___AM___PM           Less payments not included

Pay To: Internal Revenue Service           Adjusted amount

The Amount of, _____

Internal Revenue Service                    GEORGE   BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI  OH 45250-5566                   COLORADO SPGS  CO   80918-7813

|րվ|լվ|լվ|ր|դ|րվ|լդ|ր||                by: George Thomas Brokaw
                                        dated: May 1, 2011

278402356 KP BROK 30 0 200512 670 00007689378

-10-

For deposit to U.S. Treasury
for credit to Internal Revenue
Service

for Account# CF-91
Form # 1040 A

Signed: George Thomas Brokaw
Without Recourse To
George Thomas Brokaw

-11-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2003 | $500.00 | $.00 | $163.37 | $663.37 |

)07735

George Thomas Brokaw AR May 1, 2011

George Thomas Brokaw

George Thomas Brokaw

_3c USA

---

**Payment Voucher**     Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order:          SB N     CP -91          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

**Your Telephone Number:**          **Best Time to Call**          Amount you owe:          $663.37
                                                                Less payments not
(   )   -                    ___ AM ___ PM          included
                                                                Adjusted amount
Pay To: Internal Revenue Service
The Amount of,
Internal Revenue Service                    GEORGE T BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI  OH 45250-5566                   COLORADO SPGS  CO   80928-7813

by: George Thomas Brokaw

dated: May 1, 2011

278402356 KP BROK 55 0 200312 670 00000066337

-12-

For deposit to US Treasury
For credit to Internal Revenue
                        Service

For Account # CP-91
            From CVL PED

Signed : George Thomas Brockan
    without Recourse To
    George Thomas Brockan

3c USA

GJ-00000121

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2002 | $500.00 | $.00 | $167.85 | $667.85 |

07733

*[handwritten signatures]*

George Thomas Brokaw AR  May 1 2011

George Thomas Brokaw

---

**Payment Voucher**        Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order :

Your Telephone Number:        SB N        CP-91        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

(    )____-_____        Best Time to Call

____ AM ____ PM        Amount you owe:        $667.85

Pay To :  Internal Revenue Service        Less payments not included

The amount of, _____        Adjusted amount

Internal Revenue Service        GEORGE T  BROKAW
PO BOX 145566        2260 PALM DR C
CINCINNATI  OH 45250-5566        COLORADO SPGS  CO   80918-7813

by : George Thomas Brokaw

dated: May 1, 2011

278402356 KP BROK 55 0 200212 670 00000066785

-14-

GJ-00000122

For deposit to U.S. Treasury
For credit to Internal Revenue Service
For Account #, CP-91
Form - CVI-PEN

Signed: George Thomas Brokaw
Without Recourse to
George Thomas Brokaw

George Thomas Brokaw

3c USA

GJ-00000123

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| | | | Paying Late Penalty | Interest | |
|---|---|---|---|---|---|
| 1040A | DEC. 31, 2003 | $67,766.92 | $.00 | $23,875.03 | $91,641.95 |

007734



---

**Payment Voucher**        Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order :

SB N        CP-91                       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

**Your Telephone Number:**              **Best Time to Call**        Amount you owe:        $91,641.95

(    )____-_____              _____AM _____PM        Less payments not
                                                        Included

Pay To : Internal Revenue Service        Adjusted amount

The amount of ;  _____

Internal Revenue Service        GEORGE T BROKAW
PO BOX 145566                   2260 PALM DR C
CINCINNATI OH 45250-5566        COLORADO SPGS CO 80918-7813

by : George Thomas Brokaw

dated : May 1, 2011

278402356 KP BROK 30 0 200312 670 00009164195

-16-

for deposit To US Treasury
for credit to Internal Revenue
         Service

for Account # C.P - 91
         form # 10403 A

Signed : George Thomas Brokaw
         without Recourse to
         George Thomas Brokaw

-17-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2001 | $31,856.81 | $.00 | $16,647.16 | $48,503.97 |

07731

---

**Payment Voucher**    Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Orders*

SB N        CP-91

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

**Your Telephone Number:**        **Best Time to Call**

( )____-_____        ___AM ___PM

Amount you owe:        $48,503.97
Less payments not included
Adjusted amount

*Pay to: Internal Revenue Service the Amount of:* _____

Internal Revenue Service
PO BOX 145566
CINCINNATI OH 45250-5566

GEORGE T BROKAW
2260 PALM DR C
COLORADO SPGS, CO   80918-7813

*by: George Thomas Graham*
*dated: May 1, 2011*

278402356 KP BROK 30 0 200112 670 0000485039?

-18-

For deposit to US Treasury
For credit to Internal Revenue Service

For Account # CR-91
Form 1040A

Signed: _George Thomas Brokaw_
without Recourse to
George Thomas Brokaw

GJ-00000127

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2001 | $500.00 | 0.00 | $177.78 | $677.78 |

07732

---

**Payment Voucher**       Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order:*

Your Telephone Number:            SB N        CP-91

(   )   -                         Best Time to Call            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

*Pay To : Internal            ___AM ___PM      Amount you owe:            $677.78
Revenue Service*                                Less payments not
*The amount of,*                                Included
                                                Adjusted amount

Internal Revenue Service                GEORGE T BROKAW
PO BOX 145566                           2260 PALM DR C
CINCINNATI  OH 45250-5566               COLORADO SPGS  CO,  80918-7813

                                        *by: George Thomas Brokaw*
                                        *dated: May 1, 2011*

278402356 KP BROK 55 0 200112 670 0000006777B

-20-

For deposit to U.S. Treasury
For Credit to Internal Revenue
         Service

For Account # CP-91
        Form Cvl 1031

Signed: *George Thomas Brisbon*
      W.W.F Revenue for
   George Thomas Brisbon

-21-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| | | | Paying Late Penalty | Interest | |
|---|---|---|---|---|---|
| CVL PEN | DEC. 31, 2000 | $512.00 | $.00 | $167.90 | $679.90 |

07730

---

**Payment Voucher**       Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order*   SB N   CP 91

**Your Telephone Number:**   Best Time to Call       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

(   )   ___-___                 ___AM ___PM       Amount you owe:                 $679.90
                                                  Less payments not
*Pay to: Internal Revenue Service*                Included
*The amount of,*                                  Adjusted amount

Internal Revenue Service                 GEORGE T BROKAW
PO BOX 145566                            2260 PALM DR C
CINCINNATI OH 45250-5566                 COLORADO SPGS CO  80918-7813

by: *George Thomas Brokaw*

dated: *May 1, 2011*

278402356 KP BROK 55 0 200012 670 00000067990

-22-

For deposit to US Treasury
For credit to Internal Revenue
Service

For Account #: Form# CP-91
                        CP-91A
Signed: George Thomas Brokaw
without Recourse to
George Thomas Brokaw

George Anna Brokaw

3c USA

-23-

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 1999 | $512.00 | $.00 | $171.60 | $683.60 |



007729



*George Thomas Brokaw FR May 1, 2011*

*George Thomas Brokaw*

3c USA

---

**Payment Voucher**      Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order:*                    SB N        CP-91                    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

**Your Telephone Number:**              **Best Time to Call**

(    )                    ___ AM ___ PM              Amount you owe:        $683.60>

*Pay To: Internal Revenue Service*                            Less payments not included

*The Amount of,*                            Adjusted amount

Internal Revenue Service                    GEORGE T  BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI  OH 45250-5566                   COLORADO SPGS  CO  80918-7813

*by: George Thomas Brokaw*

*dated: May 1, 2011*

278402356 KP BROK 55 0 199912 670 00000068360

-24-

or deposit to U.S Treasury
for Credit to Internal Revenue
Service
For Account # CP-91
Form -C/L PE/1
Signed: George Thomas Brokaw
Without Recourse To
George Thomas Brokaw

George Thomas Brokaw

-3c USA

-25-

**Individual Variable Universal Life**
**Periodic Report to Contract Owner**

 **FARMERS**

*Farmers New World Life Insurance Company*
*Variable Policy Service Office*
*P.O. Box 724208*
*Atlanta GA 31139*
*1-877-376-8008 (toll free)*

11/28/2010 through 02/27/2011

381

| | |
|---|---|
| Agent: | Mark Olsen |
| Agent #: | 07-45-56 |
| Phone: | (719) 593-9916 |

TOM BROKAW
2260 PALM DR
COLORADO SPRINGS CO  80918-7813

| | | | |
|---|---|---|---|
| Statement Date: | 03/01/2011 | Owner(s): | Tom Brokaw |
| Policy Number: | 006603250V | Principal Sum: | $150,000.00 |
| Insured: | Tom Brokaw | Death Benefit Option: | Level (Option B) |
| Issue Date: | 11/28/2000 | Benefits and Riders: | |
| Issue Age: | 54 | | |

## Summary of Basic Policy Values 11/28/2010 through 02/27/2011

| | | | |
|---|---|---|---|
| Beginning Principal Sum: | $150,000.00 | Beginning Contract Value: | $16,437.69 |
| Ending Principal Sum: | $150,000.00 | Ending Contract Value: | $16,720.26 |
| Ending Loan Balance: | $13,363.24 | Surrender Charge (upon full surrender): | $1,321.50 |
| Ending Death Benefit: | $150,000.00 | Ending Cash Surrender Value: | $2,035.52 |

## Summary of Transactions

| | | | |
|---|---|---|---|
| Beginning Contract Value | $16,437.69 | Beginning Loan Balance | $13,215.80 |
| **Plus** | | **Plus** | |
| Premium Paid | $200.00 | New Policy Loan | $0.00 |
| Interest Credited/Investment Experience | $355.60 | Accrued Loan Interest | $147.44 |
| **Less** | | **Less** | |
| Percent of Premium Charges | $7.00 | Loan Principal/Interest Repayments | $0.00 |
| Expense Charges | $15.00 | Ending Loan Balance | $13,363.24 |
| Net Withdrawals | $0.00 | | |
| Surrender Charges, Forfeited Value, and Other Fees | $0.00 | | |
| Transfer Fees | $0.00 | | |
| Cost of Insurance | | | |
| Base Plan | $251.03 | | |
| Benefits and Riders | $0.00 | | |
| Ending Contract Value | $16,720.26 | | |

THE CONTRACT VALUE, SURRENDER VALUE, AND DEATH BENEFIT MAY INCREASE OR DECREASE IN ACCORDANCE WITH THE
INVESTMENT EXPERIENCE OF THE SEPARATE ACCOUNT.

Distributed by:  Farmers Financial Solutions, LLC, 30801 Agoura Road, Bldg. 1, Agoura Hills, CA 91301-2054 / (818) 584-0200
Member FINRA & SIPC
Information about the Securities Investor Protection Corporation (SIPC) including the SIPC Brochure may be obtained by contacting SIPC
at (202) 371-8300 or via the internet at www.sipc.org

(2297992)

Page 1 of 4

07-45-56 5

GJ-00000134

## Summary of Transactions

| | | | |
|---|---|---|---|
| Beginning Contract Value | $16,437.69 | Beginning Loan Balance | $13,215.80 |
| Plus | | Plus | |
| Premium Paid | $200.00 | New Policy Loan | $0.00 |
| Interest Credited/Investment Experience | $355.60 | Accrued Loan Interest | $147.44 |
| Less | | Loan Principal/Interest Repayments | $0.00 |
| Percent of Premium Charges | $7.00 | | |
| Expense Charges | $15.00 | Ending Loan Balance | $13,363.24 |
| Net Withdrawals | $0.00 | | |
| Surrender Charges, Forfeited Value, and Other Fees | $0.00 | | |
| Transfer Fees | $0.00 | | |
| Cost of Insurance | | | |
| Base Plan | $251.03 | | |
| Benefits and Riders | $0.00 | | |
| Ending Contract Value | $16,720.26 | | |

*Money Order:*

*Pay To: Farmers New World Life Ins Co.*

*The Amount of, #13363.24*

*by: George Thomas Brokaw*

*dated: May 1, 2011*

GJ-00000135

For deposit to U.S Treasury
For Credit to Farmers Insurance
                    company
For Account # 006603250V
                    Loans

Signed: _George Thomas Brokaw_
   without Recourse For
   George Thomas Brokaw

-28-