**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  13-cr-00392-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      George Thomas Brokaw,
2.      John J. Pawelski,
3.      Mimi M. Vigil, and
4.      Clara M. Mueller,

      Defendants.

---

### SUPPLEMENT TO GOVERNMENT'S *JAMES* PROFFER

---

The United States of America (the government), submits this supplement to its initial *James* Proffer (Doc. 249).  The versions of Exhibits 10, 11, 13, 14, 15, 16, and 23 inadvertently attached to the government's initial proffer contained markings and notes which were not a part of the original emails.  This supplement contains unmarked versions of those same exhibits; these versions represent the emails as they were originally obtained during the investigation of this matter and as the government plans to offer them at trial.

1

Respectfully submitted this 15th day of August, 2014,

                    JOHN F. WALSH
                    United States Attorney

                    s/ Matthew T. Kirsch
                    MATTHEW T. KIRSCH
                    MARTHA A. PALUCH
                    Assistant U.S. Attorneys
                    1225 17th Street, Suite 700
                    Denver, CO 80202
                    Telephone 303-454-0100
                    Facsimile 303-454-0402
                    Matthew.kirsch@usdoj.gov
                    Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 15th day August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| John S. Tatum, Esq.<br>john@johntatumlaw.com<br>Attorney for Mimi M. Vigil | Miller Leonard, Esq.<br>miller@themillerleonardlawfirm.com<br>Attorney for Clara M. Mueller |

  I further certify that I sent the foregoing via email to the following addresses:

| | |
|---|---|
| John Joseph Pawelski, Pro Se<br>johnski9999@gmail.com<br><br>Mimi M. Vigil, Pro Se<br>Rubyred5050@gmail.com | George T. Brokaw, Pro Se<br>tombrokaw33@msn.com |

            s/Grazy Banegas
            Grazy Banegas
            Legal Assistant
            United States Attorney's Office
            1225 17th Street, Suite 700
            Denver, CO 80202
            303 454-0100
            Fax: 303 454-0402
            grazy.banegas@usdoj.gov