IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-000392-CMA

UNITED STATES OF AMERICA,
Plaintiff,

v.

#4 CLARA M. MUELLER
Defendant.

---

### MOTION TO RELEASE MS. MUELLER'S PASSPORT

---

Defendant Clara Mueller, Defendant #4, had her case dismissed, without prejudice, on September 18, 2014. Her passport remains in the care, custody, and control of the Clerk of the Court. Ms. Mueller has sought release of her passport, as has counsel. The Clerk's Office has indicated that they need an Order from the Court releasing the passport. Therefore, Ms. Mueller is requesting the Court issue such an Order.

DATED at Denver, Colorado this, <u>18th</u> day of February, 2015.

<u>/s/Miller Leonard</u>
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy.
Suite 100
Golden, CO 80401
303-907-9516
millller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Motion was delivered, via the ECF system for the District of Colorado to all parties, this 18th day of August, 2015.

/s/ Miller Leonard