# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-000392-CMA

UNITED STATES OF AMERICA,
Plaintiff,

v.

#4 CLARA M. MUELLER
Defendant.

---

## MOTION TO MAIL MS. MUELLER'S PASSPORT

---

Defendant Clara Mueller, Defendant #4, had her case dismissed, without prejudice, on September 18, 2014. Her passport was released on February 25, 2015. Due to Mrs. Ms. Mueller's medical status (stroke related issues) she is not able to easily come to Denver to retrieve her passport. Ms. Mueller has informed counsel that the Clerk's Office needs permission to mail the passport to Ms. Mueller and that such permission requires an address to be included in the Order granting such relief.

Ms. Mueller requests the Court issue an Order allowing the Clerk to mail her passport to: PO Box is 63223, Colorado Springs, CO 80962.

DATED at Denver, Colorado this, 6<u>th</u> day of March, 2015.

1

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy.
Suite 100
Golden, CO 80401
303-907-9516
milller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Motion was delivered, via the ECF system for the District of Colorado to all parties, this 6th day of March, 2015.

/s/ Miller Leonard

2