PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant



FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT  2015 MAR 27  AM II: 13
for the

District of Colorado

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| TO: | United States Department of State<br>Office of Passport Services<br>Legal Affairs Division<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, DC 20037 | FROM: | United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO  80294 |
|---|---|---|---|

☑ **Original Notice**

**Date:** 10/07/2013

**By:** Joanna Fox

☐ **Notice of Disposition**

**Date:** _____

**By:** _____

---

Defendant:  Clara Mae Mueller

Date of Birth:  02/09/1950

SSN:

Case Number:  13-cr-00392-CMA

Place of Birth:  Indiana, USA

---

**Notice of Court Order** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number  491810299 _____ and/or passport card number _____ to the custody of the U.S. District Court on  10/07/2013 _____.

---

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☒ Defendant not convicted -- Document returned to defendant.

☐ Defendant not convicted -- Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted -- Document and copy of judgment enclosed.

*Clara Mueller  3-27-15*

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court