UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00392-CMA

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

1. **GEORGE THOMAS BROKAW,**
2. **JOHN J. PAWELSKI, and**
3. **MIMI M. VIGIL,**

**Defendants.**

_____

REPORTER'S TRANSCRIPT
(Sentencing Hearing - Volume 1)
_____

Proceedings before the HONORABLE CHRISTINE M. ARGUELLO, Judge, United States District Court, for the District of Colorado, commencing at 3:45 p.m. on the 28th day of January, 2015, Alfred A. Arraj United States Courthouse, Denver, Colorado.

A P P E A R A N C E S

**FOR THE PLAINTIFF:**
MATTHEW T. KIRSCH and MARTHA A. PALUCH, U.S. Attorney's Office - Denver, 1225 17th St., Suite 700, Denver, CO 80202

**FOR DEFENDANT BROKAW:**
Pro Se.
**FOR DEFENDANT PAWELSKI:**
Pro Se.
**FOR DEFENDANT PAWELSKI:**
Pro Se.
**FOR DEFENDANT VIGIL:**
Pro Se.

```
 1                    JANUARY 28, 2015

 2            (Proceedings commence at 3:45 p.m.)

 3            THE COURT:  You may be seated.

 4            Court calls Criminal Case No. 13-cr-00392-CMA,

 5   encaptioned United States v. George Brokaw, John J.

 6   Pawelski and Mimi Vigil.

 7            The Government is here.  Would you please enter

 8   your appearances.

 9            MR. KIRSCH:  Yes, Your Honor.  Good afternoon.  It

10   is Matthew Kirsch and Martha Paluch here on behalf of the

11   United States.  We have here Special Agent Claton Knabb

12   and Adam Rutkowski.

13            THE COURT:  Well, this hearing was set for 3:30

14   this afternoon.  It is now 3:45.  The defendants have not

15   shown up, so I am going to instruct that bench warrants be

16   issued for their arrests.  I will continue this hearing

17   until another day.  Everybody is prepared to proceed to

18   sentencing at this point.

19            I would also note for the record that we have

20   Officer Robert Ford and Officer Gary Burney, who are also

21   present.

22            So, Ms. Hartmann, we have the marshals here

23   present.  How quickly can we get those warrants out?

24            COURTROOM DEPUTY:  By the end of the day, Your

25   Honor.
```

1      THE COURT: All right. So by the end of the day.
2  I am not sure what your schedules are tomorrow. I am in
3  trial, actually, but it just so happens my hearings -- we
4  conclude that at 2:30, and my hearings for tomorrow are
5  off. So if they are picked up, I don't know what the
6  Government's schedule is, but I am prepared to proceed
7  with sentencing as soon as possible.
8      MR. KIRSCH: Your Honor, we would be free for those
9  hearings tomorrow if that is a possibility, as well.
10     THE COURT: All right. So if the defendants are
11 arrested and are available, then I would like to go ahead
12 and schedule -- reschedule these sentencing hearings for
13 3:30 tomorrow afternoon.
14     COURTROOM DEPUTY: Yes, Your Honor.
15     THE COURT: Anything further?
16     MR. KIRSCH: No, Your Honor. Thank you.
17     THE COURT: All right. I apologize that everybody
18 has wasted their time appearing today.
19     Court will be in recess.
20     (Proceedings conclude at 3:47 p.m.)
21
22
23
24
25

1          **R E P O R T E R ' S   C E R T I F I C A T E**

2

3          I, Darlene M. Martinez, Official Certified

4   Shorthand Reporter for the United States District Court,

5   District of Colorado, do hereby certify that the foregoing

6   is a true and accurate transcript of the proceedings had

7   as taken stenographically by me at the time and place

8   aforementioned.

9

10

11

12          Dated this 13th day of May, 2015.

13

14

15

16          _____

17          s/Darlene M. Martinez

18          RMR, CRR

19

20

21

22

23

24

25